IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT,         ) | |
|     Plaintiff         ) | |
|              ) | |
| v.         ) | Civil Action No.  2:20cv00014 |
|              ) | |
| WISE COUNTY DEPARTMENT OF         ) | |
| SOCIAL SERVICES, et al.,         ) | |
|     Defendants         ) | |
|              ) | |

**ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS**

**IT IS ORDERED:**   The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

(x)  Granted:

The clerk is ordered to file the complaint and issue a summons.  The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

( )  Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

( )  Denied:

This application is denied for these reasons:

Date:  July 13, 2020.

                                                s/ *Pamela Meade Sargent*
                                          UNITED STATES MAGISTRATE JUDGE