IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:20cv14 |
| ) | |
| WISE COUNTY DEPT. of ) | |
| SOCIAL SERVICES ) | |
| ) | |
| and ) | |
| ) | |
| JOSHUA MOON ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Christopher S. Dadak of Guynn, Waddell, Carroll & Lockaby, P.C. hereby enters his appearance as counsel of record for Defendant Wise County Department of Social Services.

Respectfully submitted this 15th day of September, 2020.

/s/ Christopher S. Dadak
Christopher S. Dadak

Christopher S. Dadak (VSB #83789)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
christopherd@guynnwaddell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document the Plaintiff appearing *pro se*:

    Melinda Scott
    2014PMB87
    PO Box 1133
    Richmond, Virginia 23218

    /s/ Christopher S. Dadak
    Christopher S. Dadak (VSB # 83789)
    GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
    415 S. College Avenue
    Salem, Virginia 24153
    Phone: 540-387-2320
    Fax:    540-389-2350
    christopherd@guynnwaddell.com
    *Counsel for Wise Co. Dept. of Social Services*