IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| MELINDA SCOTT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:20cv14 |
| | ) | |
| WISE COUNTY DEPT. of SOCIAL SERVICES | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOSHUA MOON | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT WISE COUNTY DEPARTMENT OF SOCIAL SERVICES' MOTION TO DISMISS

Defendant Wise County Department of Social Services, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the Plaintiff's Complaint against it with prejudice on the grounds that the Complaint fails to state a claim for which relief may be granted for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES

/s/ Christopher S. Dadak
Christopher S. Dadak (VSB # 83789)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
christopherd@guynnwaddell.com
*Counsel for Wise Co. Dept. of Social Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document the Plaintiff appearing *pro se*:

    Melinda Scott
    2014PMB87
    PO Box 1133
    Richmond, Virginia 23218

    /s/ Christopher S. Dadak
    Christopher S. Dadak (VSB # 83789)
    GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
    415 S. College Avenue
    Salem, Virginia 24153
    Phone: 540-387-2320
    Fax:    540-389-2350
    christopherd@guynnwaddell.com
    *Counsel for Wise Co. Dept. of Social Services*