# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPTMENT OF** | ) | By: James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

Defendant Wise County Department of Social Services has filed a Motion to Dismiss, which was mailed to the plaintiff on September 15, 2020. Plaintiff is given notice that she must file a response to the Motion to Dismiss no later than 21 days from the date of entry of this Order. If no proper response is timely filed, the plaintiff is given notice that her case may be dismissed without further notice to her. If she does file a proper timely response, the defendant may file a reply within 7 days of such filing and the court will procced to decide the Motion to Dismiss without further filings by the parties.

The Clerk shall mail a copy of this Order to the plaintiff.

It is so **ORDERED**.

ENTER: September 21, 2020

/s/ JAMES P. JONES
United States District Judge