Melinda Scott
PO Box 1133-2014PMB87
Richmond, VA 23218

7014 2280 0002 1508 5293

Clerk of the Court
Western District of VA
180 W Main St., Rm. 104
Abingdon, VA 24210



1000    24210



U.S. POSTAGE PAID
FCM LG ENV
COEBURN, VA
24230
SEP 17, 20
AMOUNT
$4.95
R2305K143155-03