IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 2 9 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

MELINDA SCOTT,          )

Plaintiff              )

v.                     )                    Case No. 2:20cv14

                       )

WISE COUNTY DEPT.      )

 of SOCIAL SERVICES,   )

et al                  )


## MOTION TO JOIN IN DEFENDANTS


COMES NOW, the Plaintiff, in accordance with Rule 19, and requests that this honorable court

grant the Plaintiff leave to join in the following parties as Defendants:


      (1) Wise County Board of Supervisors

      (2) Wise County Social Services Board of Supervisors

      (3) Virginia Department of Social Services Commissioner, S. Duke Storen, in his

          official capacity

      (4) Virginia State Board of Social Services

RESPECTFULLY SUBMITTED,


Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342


CERTIFICATE OF SERVICE


I hereby certify that I have both mailed a copy of this MOTION TO JOIN IN DEFENDANTS to the Defendant, by counsel, to Christopher Dadak, Esquire, GUYNN, WADDELL, CARROLL & LOCKABY, P.C. 415 S. College Avenue, Salem, Virginia 24153 and by electronic delivery to christopherd@guynnwaddell.com on this ___28___ day of Oct., 2020.


Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342