Melinda Scott
PO Box 1133
Richmond, VA 23218

USPS TRACKING® NUMBER

US Western District Court of VA
c/o Clerk
180 W Main St., Rm. 104
Abingdon, VA 24210




1000

24210

U.S. POSTAGE PAID
FCM PKG RTL
COEBURN, VA
24230
OCT 28, 20
AMOUNT
$3.80
R2305K143158-05