IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT OF** | ) | By: James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

It appearing proper, it is **ORDERED** as follows:

1. The plaintiff's Motion to Recuse, ECF No. 15, is DENIED. The plaintiff states no proper grounds for recusal.

2. The Motion to Join in Defendants, ECF No. 16, is DENIED. The plaintiff does not explain the possible claims against any of the defendants sought to be joined and the relevancy of any such claims to the claims against the remaining defendants in the case.

3. The defendant Joshua Moon appears to have been served with process on August 21, 2020. The docket shows no pleading or appearance on behalf of said defendant. If the plaintiff desires to obtain a default against said Joshua Moon pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, she must so advise

the Clerk within 14 days of this date.  In the event that a default is entered, the plaintiff may move for a default judgment pursuant to Rule 55(b).

      4.     The plaintiff does not need the permission of the court to engage in "immediate discovery."  She should proceed forthwith with all discovery that she intends to engage in.

ENTER: November 3, 2020

/s/  James P. Jones
United States District Judge