IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

MELINDA SCOTT,           )
Plaintiff                )
v.                       )          Case No. 2:20cv14
                         )
WISE COUNTY DEPT.        )
 of SOCIAL SERVICES,     )
et al                    )

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
NOV 09 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## PETITION AND AFFIDAVIT FOR DEFAULT JUDGMENT

COMES NOW, the Plaintiff, in accordance with Rule 55(a), and by Order of this honorable court, and petitions this court to enter in a default judgment for the Plaintiff against Defendant Joshua Moon for the following reasons:

1. Joshua Moon has published his legal service address publicly on KiwiFarms.net from the last 2 years

2. Joshua Moon was properly served the Complaint in the above named case at his legal service address through the Marshal's service, by order of this court, on August 21, 2020

3. Joshua Moon is not a minor nor incompetent to respond

4. Joshua Moon did not respond to Plaintiff Scott's Complaint in any manner. He did not serve upon Plaintiff Scott any response pleading of any kind in the above named case.

5. In her Complaint Plaintiff sought damages in the amount of $50,000 from Defendant Joshua Moon

6. By Order of this court, the Plaintiff was summoned to respond within 14 days of the order regarding any intent by her to request a default judgment against Defendant Moon. Her petition for the entry of default judgment is within the time frame granted.

*[signature]*

I RESPECTFULLY ASK FOR THIS

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

Sworn to before me this 5th day of November, 2020.

*[signature]* Jennifer K Morgan   Notary Public
Reg # 117575

```
JENNIFER K MORGAN
NOTARY PUBLIC
REGISTRATION # 117575
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2022
```

## CERTIFICATE OF SERVICE

I hereby certify that I have both mailed a copy of this PETITION FOR DEFAULT JUDGMENT to the Defendant, Joshua Moon, at 913 Beal Pkwy NW, Suite A-1017, Fort Walton Beach, FL 32547 and by electronic delivery to josh@1776hosting.com on this ___5th___ day of NOV., 2020.

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342