Melinda Scott
PO Box 1133
Richmond, VA 23218

Western District of VA
c/o Clerk
180 W Main St., Rm. 104
Abingdon, VA 24210





U.S. POSTAGE
FCM LG ENV
COEBURN, VA
24230
NOV 05, 20
AMOUNT
$4.9
R2305K143152 1000 24210