# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT OF** | ) | By:  James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

The pro se plaintiff has filed a Petition and Affidavit for Default Judgment, ECF No. 18.  Based on the pleadings and a review of the record, it appearing that the plaintiff is entitled to entry of a default against defendant Joshua Moon, the Clerk is directed to enter a default against said defendant pursuant to Federal Rule of Civil Procedure 55(a).  This means that the defendant Joshua Moon is not entitled to present any defense in the case nor is he entitled to any further notice.

As to a default judgment, the plaintiff must prove any damages against said defendant resulting from the allegations of her Complaint pursuant to Rule 55(b). The Clerk shall schedule a bench hearing before the undersigned in which the plaintiff may present sworn testimony and other proper evidence as to such damages. Because of the current coronavirus epidemic, the hearing shall be held virtually by Zoom.

It is so **ORDERED**.

ENTER: November 16, 2020

/s/ JAMES P. JONES
United States District Judge