# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP

| | |
|---|---|
| **MELINDA SCOTT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 2:20CV14 |
| **WISE COUNTY DEPARTMENT OF,** | ) |
| **SOCIAL SERVICES, ET AL.,** | ) |
| **Defendants.** | ) |

## CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on July 8, 2020.  The Defendant Joshua Moon was served on the following date, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant:

Joshua Moon                                                                 August 21, 2020

The time for the defendants to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant:

Joshua Moon

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant.

This 17th day of November, 2020

**JULIA C. DUDLEY, CLERK**

By:    s/Allison Rust
       **Deputy Clerk**