IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MELINDA SCOTT, | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| WISE COUNTY DEPT. | ) |
| of SOCIAL SERVICES, | ) |
| et al | ) |

Case No. 2:20cv14

### NOTICE AND REQUEST FOR BREASTFEEDING ACCOMODATION

    Alongside the standard that a woman maintains the right to breastfeed in any federal courthouse (115 Stat 154 Public law 107-67), Plaintiff requests that this right be transferred, acknowledged, and adapted to virtual hearings on Zoom, which have been ordered as the platform for hearing in this case, due to the Corona Virus pandemic. Plaintiff has an infant under the age of one (1) that is exclusively breastfed. She would be required to breastfeed the infant during any courtroom hearing in person and likewise, will have to hold her infant during the virtual hearing, while breastfeeding (using a breastfeeding/nursing cover while on camera). Plaintiff hereby gives notice to this court of her intent to (discretely) breastfed during the hearing if the need arises.

I ASK FOR THIS

*/s/ Melinda Scott*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

540-692-2342

mscottw@gmu.edu