Melinda Scott
PO BOX 1133
Richmond, VA 23218



7019 2280 0002 1508 6729

Western District of VA
c/o clerk
180 W. Main St., Rm. 104
Abingdon, VA 24210



U.S. POSTAGE
FCM LG ENV
COEBURN,
24230
NOV 18, 20
AMOUNT
$4.
R2305K143

1000
24210