# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT OF** | ) | By:  James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

It appearing proper, it is **ORDERED** as follows:

1. The Motion to Join in Defendants, ECF No. 22, is DENIED; and

2. The Notice and Request for Breastfeeding Accommodation, ECF No. 21, is GRANTED.

ENTER: November 23, 2020

/s/  JAMES P. JONES
United States District Judge