UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

| | |
|---|---|
| MELINDA SCOTT,<br><br>       Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br><br>       Defendants. | Case No. 2:20-cv-00014-JPJ-PMS<br><br><br>CERTIFICATE OF SERVICE<br>BY U.S. MAIL |

  I hereby certify that on the 7th day of December, 2020, I served true and correct copies of the following documents upon the plaintiff, Melinda Scott, by depositing the same into the U.S. Mail, with Return Receipt Requested:

1. Notice of Appearance of Counsel; and
2. Motion to Set Aside Default Judgment; and
3. Memorandum in Support of Motion to Set Aside Default Judgment; and
4. Motion to Dismiss; and
5. Memorandum in Support of Motion to Dismiss.

  The aforementioned documents were served via U.S. Mail pursuant to Fed. R. Civ. P. 5(b)(2)(C) and Local Civ. R. 11 (a) because the plaintiff is proceeding *pro se* and there appears to be no request for electronic service on the docket. They were addressed to Ms. Scott's attention at:

      2014PMB87
      Post Office Box 1133
      Richmond, VA 23218

  Respectfully submitted this the 7th day of December, 2020,

      /s/Matthew D. Hardin
      1725 I Street NW, Suite 300
      Washington, DC 20006
      Phone: 202-802-1948
      Email: MatthewDHardin@gmail.com