# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT OF** | ) | By: James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

Defendant Joshua Moon has filed a Motion to Set Aside Default Judgment[*] and a Motion to Dismiss. Plaintiff is directed to file a response to such motions no later than December 31, 2020. Defendant may file a reply within 7 days thereafter.

It is so **ORDERED**.

ENTER: December 8, 2020

/s/ JAMES P. JONES
United States District Jud

---

[*] No default judgment has been entered as yet. A default has been entered, and the court will consider the motion as a motion to set aside the default.