Melinda Scott
PO Box 1133-2014PMB87
Richmond VA 23218

Western District of VA
ATTN: Clerk
180 W Main St., Rm. 104
Abingdon VA 24210

7019 2280 0002 1508 6962

CERTIFIED MAIL



1000
24210



U.S. POSTAGE PAID
FCM LG ENV
COEBURN, VA
24230
DEC 08, 20
AMOUNT
$4.95
R2305K143155-05