IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

DEC 14 2020

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

| | |
|---|---|
| MELINDA SCOTT, ) | |
| Plaintiff ) | |
| v. ) | Case No. 2:20cv14 |
| ) | |
| WISE COUNTY DEPT. ) | |
| of SOCIAL SERVICES, ) | |
| et al ) | |

## MOTION TO COMPEL

## PRODUCTION FROM DEFENDANT JOSHUA MOON

WHEREAS, the Plaintiff, Melinda Scott, served upon Defendant Joshua Moon a Request for Production on November 4th, 2020. Defendant Joshua Moon has not responded within 30 days of the date of service and;

WHEREAS, Plaintiff Melinda Scott has made a good faith attempt to avoid court action and confer with Defendant Joshua Moon regarding the Request for Production. Defendant Joshua Moon has not responded to additional attempts by Plaintiff Melinda Scott for discovery.

**WHEREFORE**, Plaintiff Melinda Scott petitions this court to order Defendant Joshua Moon to respond to her First Request for Production *and* grant her any other such relief that this court deems appropriate.

RESPECTFULLY SUBMITTED,

/s/ Melinda Scott
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342

CERTIFICATE OF SERVICE

I hereby certify that I have both mailed a copy of this MOTION TO COMPEL to the Defendant, Joshua Moon, at 913 Beal Pkwy NW, Suite A-1017, Fort Walton Beach, FL 32547 and by electronic delivery to josh@1776hosting.com on this ___7th___ day of DEC., 2020.

/s/ Melinda Scott
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342