Melinda Scott
PO Box 1133 - 2014MB97
Richmond, VA 23218

Western District of VA
c/o ATTN: Clerk
180 W. Main St., Rm. 104
Abingdon, VA 24210

