## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPTMENT OF** | ) | By: James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

Defendant Joshua Moon has moved to extend the time for him to respond to the Motion to Compel filed by the plaintiff. The Motion to Extend Deadline, ECF No. 32, is GRANTED, and Motion to Compel is held in abeyance and no response is required at this time in light of the pending Motion to Set Aside Default and the Motion to Dismiss.

The Clerk shall mail a copy of this Order to the plaintiff.

It is so **ORDERED**.

ENTER: December 16, 2020

/s/ JAMES P. JONES
United States District Judge