

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| MELINDA SCOTT, | ) | |
| PLAINTIFF | ) | |
| v. | ) | Case No. 2:20cv14 |
| | ) | |
| WISE COUNTY DEPT. | ) | |
| of SOCIAL SERVICES, | ) | |
| et al, | ) | |
| DEFENDANTS | ) | |

MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

COMES NOW, the Plaintiff, pursuant to (D)(3)(a) of the Administrative Procedures of the Western District of Virginia, and requests that this court grant permission and authorization to the Plaintiff, proceeding *pro-se*, to file electronically. Plaintiff requests authorization to file electronically for the following reasons: (a) to lower the cost of filing as a litigant proceeding *in forma pauperis* and (b) because online users of the Defendant's website "KiwiFarms.net" are scanning and uploading the postmarks on postal mail envelopes filed through the Pacer system to put the Plaintiff under surveillance with the attempt to intimidate and harass her.

I ASK FOR THIS,

__/s/ Melinda Scott_____

Melinda Scott, pro-se

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

CERTIFICATE OF SERVICE

I hereby certify that I have both mailed a copy of this MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY to the Defendant, by counsel, Matthew D. Hardin, VSB #87482 1725 I Street NW, Suite 300 Washington, DC 20006 and at matthewdhardin@gmail.com on this ___17th_____ day of DEC., 2020.

_____/s/Melinda Scott_____

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342