UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

| | |
|---|---|
| MELINDA SCOTT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF<br>SOCIAL SERVICES, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-00014-JPJ-PMS<br><br>[Proposed] Order |

This matter comes before the Court on the Motion of Joshua Moon for a Partial Stay, Protective Order, and Other Relief. For good cause shown, the Court hereby ORDERS:

1. The Order filed at Dkt. No. 17 conferred no special or unique substantive rights on the Plaintiff to engage in discovery, but rather stated neutral principles of law relating to her ability to use discovery under the applicable Rules of Civil Procedure. On Motion of Mr. Moon, the Court hereby ORDERS that discovery in this matter shall not proceed until further order of the Court.

2. The Court will not entertain any motions from the Plaintiff until after the pending Motion to Set Aside Default (Dkt. No. 25) and Motion to Dismiss (Dkt. No. 26) have been adjudicated. Defendant Joshua Moon is under no obligation to respond to any Plaintiff's motions until further order of the Court.

　　　　　　　IT IS SO ORDERED this the ___ day of December, 2020.


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Judge, U.S. District Court