CERTIFICATE OF SERVICE

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

DEC 17 2020

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

I hereby certify that I have both mailed a copy of this REPLY TO DEFENDANT'S COMBINED MEMORANDUM to the Defendant, by counsel, Matthew D. Hardin, VSB #87482 1725 I Street NW, Suite 300 Washington, DC 20006 and at matthewdhardin@gmail.com on this 14th day of DEC., 2020.

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218







U.S. POSTAGE P
FCM LETTER
COEBURN, VA
24230
DEC 15, 20
AMOUNT
$4.10
R2305K143155-0
1000
24210
UNITED STATES POSTAL SERVICE

Western District of VA
ATTN: Clerk
180 W. Main St., Rm. 104
Abingdon, VA 24210

24210-285129