IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

DEC 18 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| MELINDA SCOTT, | ) |
| PLAINTIFF | ) |
| v. | ) |
| | ) |
| WISE COUNTY DEPT. | ) |
| of SOCIAL SERVICES, | ) |
| et al, | ) |
| DEFENDANTS | ) |

Case No. 2:20cv14

## MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

COMES NOW, the Plaintiff, pursuant to (D)(3)(a) of the Administrative Procedures of the Western District of Virginia, and requests that this court grant permission and authorization to the Plaintiff, proceeding *pro-se*, to file electronically. Plaintiff requests authorization to file electronically for the following reasons: (a) to lower the cost of filing as a litigant proceeding *in forma pauperis* and (b) because online users of the Defendant's website "KiwiFarms.net" are scanning and uploading the postmarks on postal mail envelopes filed through the Pacer system to put the Plaintiff under surveillance with the attempt to intimidate and harass her.

I ASK FOR THIS,

*[signature]*

Melinda Scott, pro-se
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342

## CERTIFICATE OF SERVICE

I hereby certify that I have both mailed a copy of this MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY to the Defendant, by counsel, Matthew D. Hardin, VSB #87482 1725 I Street NW, Suite 300 Washington, DC 20006 and at matthewdhardin@gmail.com on this __17th__ day of DEC., 2020.

*[signature]*

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342

Melinda Scott
PO Box 1133-2014PMB87
Richmond, VA 23218

Western District of VA
ATTN: Clerk
180 W. Main St., Rm. 104
Abingdon, VA 24210

KNOXVILLE TN 377
17 DEC 2020 PM 1 L

