IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

DEC 21 2020

JULIA C. DUDLEY, CLERK
BY /s/
DEPUTY CLERK

MELINDA SCOTT, )
PLAINTIFF, )
v. ) Case No. 2:20cv14
)
WISE COUNTY DEPT. )
of SOCIAL SERVICES, )
et al )
DEFENDANTS. )

## MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS ON JANE DOE 1 AND JOHN DOES 1-3

*COMES NOW*, the Plaintiff, and requests, with good cause, pursuant to Rule 4(m) for an extension of time to serve Defendants Jane Doe 1, John Doe 1, John Doe 2, and John Doe 3. Plaintiff requested for immediate leave to serve discovery upon Defendant Moon in her Complaint in order to get identifying information to serve Jane Doe 1 and John Does 1-3 (¶"Request for Relief, ¶80). This court ordered that the Plaintiff could proceed with discovery on November 3, 2020 (docket no. 17). Jane Doe 1, John Doe 1, John Doe 2, and John Doe 3 have no public address and have been evasive in providing any to the Plaintiff. Plaintiff has made diligent attempts[1] to find their identifiable information in order to serve them. Plaintiff qualifies for an

---

[1] Plaintiff has made attempts to locate their information through independent research. Plaintiff also filed discovery requests and motions to compel discovery.

extension of time pursuant to the standards of the 4th district as outlined in the accompanying Memorandum of Law.

I ASK FOR THIS,

*[signature]*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

## CERTIFICATE OF SERVICE

I hereby certify that I have both mailed a copy of this RULE 4(m) MOTION FOR EXTENSION OF TIME to the Defendant, to the Defendant, by counsel, Matthew D. Hardin, VSB #87482 1725 I Street NW, Suite 300 Washington, DC 20006 and at matthewdhardin@gmail.com on this __21st__ day of DEC., 2020.

*[signature]*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342