## Re: KiwiFarms Administrator



randomax@cock.li <randomax@cock.li>
Sun 7/1/2018 7:51 AM
To: mscottw <mscottw@masonlive.gmu.edu>

we've already heard this massive bullshit. You call the lawyer. yeah yeah.
The FBI can't do shit to us. Joshua Moon is fucking above them and will never remove your details from there. He's never been arrested and always win. I'll personally ask the farmers to farm your family details. Remember, as far as it's public, it's legal. We can dox you and your family as much as we want.
Call the FBI they'll laugh at you.

https://kiwifarms.net/threads/2017-04-02-melinda-leigh-scott-i-will-be-taking-legal-action-against-you-for-150-000.29689/

Check this out. You've been doxxed. Your address is out there for everyone to use and exploit.
And if you have kids, we'll dox them too. We've already published kid's pictures and details here and on lolcow.farm
do you think you'll ever be able to stop us. Have you checked that website too? You and your family might end up there soon.

Go ahead. Tell the FBI we doxx people. They'll laugh at you. They never do anything.

Loser


On 2018-07-01 01:45, mscottw wrote:
> I don't know who this is but let me make one thing very clear to you:
> I always win. What your uneducated ignorant brain doesn't understand
> is the APPEALS process. I've already got a legal suit typed up ready
> to slam your ass as far as a jail cell.
> FYI - I'm not stupid enough to open your link. But I'll be sure to
> report you to the FBI, I've got their personal emails. Good luck
> coming up with a legal justification for your actions.
>
> This is your only and final NOTICE: DO NOT CONTACT ME AGAIN OR THE
> POLICE WILL BE CALLED AND A RESTRAINING ORDER WILL BE FILED AGAINST
> YOU.

Exhibit A, part 2

> Melinda Scott
> ------------------------
>
> FROM: randomax@cock.li <randomax@cock.li>
> SENT: Saturday, June 30, 2018 3:09:45 PM
> TO: mscottw@gmu.edu
> SUBJECT: KiwiFarms Administrator
>
> You fucking dickhead,
> you really think we take down your shit?
> I'm an admin and I assure you, your shit's gonna stay there public
> forever. You can rot.
>
> We've published your personal information: address, email and we are
> farming you.
> You've been doxxed little bitch. Noone's gonna stop us. Noone!
>
> https://secure-web.cisco.com/1o-O97G0003MUs99Se1rpqa4Lw1wvZzF8GRWl60DQ9Nm0XAlAtrNPP1b91XpT1wzGwWqi1njbgYv10N54ZfHEZHkQq8vxOkfUOk5MeGCDkvCzxp9dlZdYERNr0lZmdAe8N1AHvkto9iplcCgqFqbcCpN8gc_UJ5rd8G9IHNSw3OYmauBfl-anthu2Jy-xSzOVpNyZUvV-ah6iWhiNPSGyGmrEsCTL85ipqcfWumqh7BrlEP0GH4SwuLBqAsQAg8jaj1g5CyaacfYRw-AzZ6ZnV-OiCw2g4oaJlPfhP84RVUI_o7Ktbnqj106VfXNQfY9rozw4uxtdvBAZL1RclrrXCGYbxB2kqDX22FNK3N95KuHLlqkq-l0k8RyS4aLVkbFAylHp0CyOaub4U93X5v0hPOqijWBnmjOuy6eQwAaOeLLh0fA2yqR-uzgHl-_dZuqBuBgt953OR3woSj-24NkaqQ/https%3A%2F%2Fkiwifarms.net%2Fthreads%2F2017-04-02-melinda-leigh-scott-i-will-be-taking-legal-action-against-you-for-150-000.29689%2F
>
> You can call the FBI, the've already tried. They won't do anything!
> Fuck you!
>
> Come one, sue us. We are fucking untouchable!
> Now your personal info are on the internet available to anyone.



Exhibit B

Jul 11, 2020   #7,79

> SIGSEGV said:
> because the idea of meeting any of us face to face scares the absolute shit out of you.

Not in the least bit. I told you "mutual combat" is legal in Virginia.

You want to fist fight a woman?

Dynamite Ninja, Assman, fagot and 4 others

Jul 11, 2020   #7,79

> TamarYaelBatYah said:
> What would I sue you for?

For defamation of character (you're a retarded whore)
For threatening to send you and your midget husband to the morgue.
For forwarding this thread to Wise County DSS.
For threatening to show up at your home.
And, just for good measure, for contributing financially to Joshua Conner Moon so that this website can continue to exist.

BlancoMario, Assman, Deadpool and 3 others

Jul 11, 2020   #7,79

> TamarYaelBatYah said:
> What would I sue you for?

Deadpool

Jul 20, 2020                                                                 #9,1

> TamarYaelBatYah said:
>
> KiwiFarms made me a public figure

This is retarded and you're retarded for believing it. Having one thread where a dozen or so autists mock you doesn't make you a "public figure" you fucking moron.

> TamarYaelBatYah said:
>
> No, only bears. I've confronted bears. Southwest VA has bears everywhere.

Lie.

> TamarYaelBatYah said:
>
> I sure have! It's not a lie. They were on top of my car. Apparently I had left some chicken from a taco on the floorboard of the driver's side

Another lie.

> TamarYaelBatYah said:
>
> I have a genius IQ. I can read and retain a paragraph in seconds.
> Also, I'm 35 years old. I've already heard most of this BS in my life. I already know what to say