# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v. | ) Civil Action No. 2:20cv00014 |
| | ) |
| **WISE COUNTY DEPARTMENT OF** | ) |
| **SOCIAL SERVICES, et al.,** | ) |
| Defendants | ) |

This matter is before the court on the pro se plaintiff's Motion For Authorization To File Electronically, (Docket Item No. 38) ("Motion"). Based on the arguments and representations contained in the Motion, the Motion is **DENIED.** It is **ORDERED**, however, that the Clerk's Office shall no longer file any of the envelopes containing the plaintiff's pleadings in that they contain information that could be used to identify the plaintiff's physical location.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the unrepresented parties.

**ENTERED**: December 28, 2020.

s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE