Exhibit A

## Re: Attempt 2

RafalGanGanowicz <RafalGanGanowicz@protonmail.com>
Wed 11/18/2020 12:39 PM
To: mscottw <mscottw@masonlive.gmu.edu>

That's your prerogative, I guess.
Nice talking to you. Too bad though, as I think you (and the Feds) would be EXTREMELY interested to know the relationships between your landlord, certain players at WiseDSS, and the coal bosses. And Jones. It goes back a long way, and has little to do with you. You are just the latest squeaky nail they need to pound to keep there operation going.

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, November 18, 2020 12:34 PM, mscottw <mscottw@masonlive.gmu.edu> wrote:

> I will decline your offer because I am unwilling to risk removing you permanently in exchange for nothing (false information)
>
> Melinda Scott
> PO BOX 1133-2014PMB87
> Richmond, VA 23218
> mscottw@gmu.edu
> 540-692-2342
>
> From: RafalGanGanowicz <RafalGanGanowicz@protonmail.com>
> Sent: Wednesday, November 18, 2020 12:33 PM
> To: mscottw <mscottw@masonlive.gmu.edu>
> Subject: Re: Attempt 2
>
> $1.00 USD. I won't pay any more than that nominal sum to be removed. I was just following orders, as was "Karl" and Useless, and certanly 11A immunity will shield us.
> You need to go go after the corporate and non-State actors, as they can be made to pay.
> Certainly any info I give you can only help you in getting to the bottom of this.
> Alll of us involved in dealing with you are in agreement about this.
> You well know that the people directing this are very wealthy, and it behooves you to affect a quid-pro-quo with us in exchange for vital information.
> Let me know if this sum is agreeable to you.
>
> Sent with ProtonMail Secure Email.
>
> ------- Original Message -------