

Exhibit B

## Re: Attempt 2

RafalGanGanowicz <RafalGanGanowicz@protonmail.com>
Wed 11/18/2020 1:03 PM

To: mscottw <mscottw@masonlive.gmu.edu>

A parting note:
I only wanted to provide you the info because I'm mad as hell at that little creep Josh. I'm petty and vindictive and selfserving. I'm certain you understand those motivations, Melinda.
Good luck with your discoveries.
I'm gonna make a prediction here:
Jersh does not show up. Jones awards you FAR less damages than could ever justify the expense of enforcement and collection on the judgement.
I'd even hazard to wager he awards you the exact sum I offered: $1.00 USD.
You'd have gotten twice that just by accepting Karl's and my offer, plus whatever you could get out of your landlord, Blankenship, and the rest.
You think Jones isn't in on this? What do you think he's got to hide that maybe the coal bosses and DSS (responsible for seized children!) are holding over his head?
Give it some thought, and get back to me if you come to your senses.


Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, November 18, 2020 12:44 PM, mscottw <mscottw@masonlive.gmu.edu> wrote:

> That is what you are saying, and I am inclined to believe you, however, without an assurance that I'm not being duped, I am not willing to remove either of you as a Defendant at the risk of being deceived.
>
> Melinda Scott
> PO BOX 1133-2014PMB87
> Richmond, VA 23218
> mscottw@gmu.edu
> 540-692-2342
>
> ---
>
> **From:** RafalGanGanowicz <RafalGanGanowicz@protonmail.com>
> **Sent:** Wednesday, November 18, 2020 12:39 PM
> **To:** mscottw <mscottw@masonlive.gmu.edu>
> **Subject:** Re: Attempt 2
>
> That's your prerogative, I guess.
> Nice talking to you. Too bad though, as I think you (and the Feds) would be EXTREMELY interested to know the relationships between your landlord, certain players at WiseDSS, and the coal bosses. And Jones. It goes back a long way, and has little to do with you. You are just the latest squeaky nail they need to pound to keep there operation going.