# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:20CV00014 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **WISE COUNTY DEPARTMENT OF** ) | Judge James P. Jones |
| **SOCIAL SERVICES, ET AL.,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

Judgment is hereby entered in favor of the Defendants.

The Clerk shall close the case.

It is so **ORDERED**.

ENTER: August 30, 2021

/s/ James P. Jones
Senior United States District Judge