UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

MELINDA SCOTT,

                Plaintiff,

v.

WISE COUNTY DEPARTMENT OF
SOCIAL SERVICES, *et al.*,

                Defendants.

**Case No. 2:20-cv-00014-JPJ-PMS**

**ORDER
GRANTING MOTION FOR AN EXTENSION OF TIME**

      This matter comes before the court on defendant Joshua Moon's Motion for an Extension of Time to file a Motion pursuant to Fed. R. Civ. P. 54(d). (Docket Item No. 63) ("Motion"). For good cause shown, the court hereby **GRANTS** the Motion. Defendant Moon shall file any motion pursuant to Rule 54(d) on or before October 13, 2021. The plaintiff shall respond to the Motion within 14 days of the date of filing. The defendant shall reply within seven days of the date of filing of plaintiff's response.

      **ENTERED:** September 9, 2021.

                            /s/ *Pamela Meade Sargent*
                            UNITED STATES MAGISTRATE JUDGE