## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| **v.** | ) | **Civil Action No.  2:20cv00014** |
| | ) | |
| **WISE COUNTY DEPARTMENT OF** | ) | |
| **SOCIAL SERVICES, et al.,** | ) | |
| **Defendants** | ) | |

This matter is before the court on the defendant Joshua Moon's Motion To Require An Appeal Bond, (Docket Item No. 65) ("Motion"). It is **ORDERED** that the plaintiff shall respond to the Motion within 10 days of the date of entry of this Order.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to the unrepresented parties.

**ENTERED**:  September 10, 2021.

s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE