IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 13 2021

JULIA C. DUDLEY, CLERK
BY: /s/ C. Riot
DEPUTY CLERK

| | |
|---|---|
| MELINDA SCOTT, ) | |
| Plaintiff ) | |
| v. ) | Case No. 2:20-cv-00014 |
| ) | |
| WISE COUNTY DEPT. ) | |
| of SOCIAL SERVICES, ) | |
| et al ) | |

## NOTICE OF APPEAL

*COMES NOW,* the Plaintiff, Melinda Scott, and states that she will appeal to the Fourth Circuit US Court of Appeals the Order and Judgment signed by Judge James P. Jones and entered into the docket on August 30, 2021.

Pursuant to Rule 3(a)(1), an additional copy of this Notice of Appeal has been sent to the Clerk to comply with Rule 3(d).

SIGNED

*/s/ Melinda Scott*

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

CERTIFICATE OF SERVICE

I hereby certify that I have both mailed a copy of this NOTICE OF APPEAL to the Defendant, by counsel, to Matthew D. Hardin, VSB #87482 1725 I Street NW, Suite 300 Washington, DC 20006 and at matthewdhardin@gmail.com on this ___8th___ day of SEPT. 2021.

*/s/ M. Scott*

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342