

**UNITED STATES DISTRICT COURT**
**Western District of Virginia**

Michael F. Urbanski, Chief District Judge    Julia C. Dudley, Clerk of Court    Jennifer K. Williams, Chief Probation Office

EXHIBIT A

| Court Information | Judges | Jurors | Attorneys | Filing Without an Attorney | Forms | CM/ECF Information | Criminal Justice Act | Programs & Services |

- Judges
- Opinions
- Contact Information
- Judge Urbanski
- Judge Jones
- Judge Dillon
- Judge Cullen
- Judge Moon
- Judge Sargent
  - Practices and Procedures
  - Important Notices to Counsel
  - Forms
  - Jury Instructions
  - Law Library
  - Social Security
- Judge Ballou
- Judge Hoppe
- Judicial Seminars Disclosure

Home >> Judges >> Judge Sargent >> Practices and Procedures >> Format of Proposed Orders

## Format of Proposed Orders

All proposed orders should be electronically forwarded to Judge Sargent at pamelas@vawd.uscourts.gov and her judicial assistant, Robin Bordwine at robinb@vawd.uscourts.gov, by email. The proposed orders should be in word processing format, either WordPerfect or Microsoft Word, and should be in 14-point Times Roman type.

Home | Contact Us | Employment | FAQs | Glossary of Legal Terms     Privacy Policy