**Date:** Sep 16, 2021 at 2:19 PM
**From:** Matt Hardin <matthewdhardin@gmail.com>
**To:** Pamela Sargent <pamelas@vawd.uscourts.gov> , robinb@vawd.uscourts.gov <robinb@vawd.uscourts.gov>
**Cc:** mscottw <mscottw@masonlive.gmu.edu> , Whitney Thurman <whitneyt@guynnwaddell.com> , christopherd@guynnwaddell.com <christopherd@guynnwaddell.com>
**Subject:** Re: Scott v. Wise Co. Dept. of Social Services et al. (Case No. 2:20-cv-00014-JPJ-PMS)

---

Good afternoon,

Pursuant to Judge Sargent's Practices and Procedures, I am attaching a proposed order in the above-referenced matter.

Thank you,

**Matthew D. Hardin**
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

**Show More**