

EXHIBIT E

**Date:** Sep 16, 2021 at 3:45 PM
**From:** mscottw <mscottw@masonlive.gmu.edu>
**To:** Matt Hardin <matthewdhardin@gmail.com> , Pamela Sargent <pamelas@vawd.uscourts.gov> , robinb@vawd.uscourts.gov <robinb@vawd.uscourts.gov>
**Cc:** Whitney Thurman <whitneyt@guynnwaddell.com> , christopherd@guynnwaddell.com <christopherd@guynnwaddell.com>
**Subject:** Re: Scott v. Wise Co. Dept. of Social Services et al. (Case No. 2:20-cv-00014-JPJ-PMS)

---

Firstly, purusant to local Rule 11c I am afforded another opportunity to respond within 7 days to Mr. Hardin's Motion. That time has not expired and so this proposed Order is premature.

This proposed Order has no basis in law, as I have been granted leave to proceed in forma pauperis (docket #3). Mr. Hardin has cited no law and no case law demonstrating that my petition to proceed in forma pauperis can be retroactively withdrawn or altered by a district court. No law or case law has been cited to demonstrate that once jurisdiction has passed to the Appeals court that such a thing can be requested at the district level. The file has already been transferred to the Appeals Court and they hold jurisdiction.

Please be advised that if this Order is granted it will immediately be appealed to the next highest court.

Also please be advised that if this Order is granted in violation of the law, I will also report any attack on my constitutional and legal right to proceed in forma pauperis, without a legal basis in law cited, to the VA Bar Association and the Judicial Ethics Committee.

This email will be sent twice to ensure delivery.

Sincerely,
Melinda Scott


Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342

**From:** Matt Hardin <matthewdhardin@gmail.com>
**Sent:** Thursday, September 16, 2021 2:19 PM
**To:** Pamela Sargent <pamelas@vawd.uscourts.gov>; robinb@vawd.uscourts.gov <robinb@vawd.uscourts.gov>
**Cc:** mscottw <mscottw@masonlive.gmu.edu>; Whitney Thurman <whitneyt@guynnwaddell.com>; christopherd@guynnwaddell.com <christopherd@guynnwaddell.com>
**Subject:** Re: Scott v. Wise Co. Dept. of Social Services et al. (Case No. 2:20-cv-00014-JPJ-PMS)

Good afternoon,

Pursuant to Judge Sargent's Practices and Procedures, I am attaching a proposed order in the above-referenced matter.

Thank you,

**Matthew D. Hardin**
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

**Show More**