**EXHIBIT B**

Date: Sep 16, 2021 at 5:01 PM
From: mscottw <mscottw@masonlive.gmu.edu>
To: Matt Hardin <matthewdhardin@gmail.com> , Pamela Sargent <pamelas@vawd.uscourts.gov> , robinb@vawd.uscourts.gov <robinb@vawd.uscourts.gov>
Cc: Whitney Thurman <whitneyt@guynnwaddell.com> , christopherd@guynnwaddell.com <christopherd@guynnwaddell.com>
Subject: Re: Scott v. Wise Co. Dept. of Social Services et al. (Case No. 2:20-cv-00014-JPJ-PMS)

---

Also take note that Mr. Hardin's claim inserted into his illegal proposed Order stating that an Appeal's court denied a request for an Appeal bond (citing 18-1140) is erroneous and not factual. That case was for a Writ of Mandamus, accidentally filed in the wrong appeals court. It had nothing to do with an Appeal Bond.

After another reading of his proposed illegal Order, I see a number of additional illegal items inserted into the illegal proposed Order.  There is no legal basis for trying to dissuade a litigant from appealing with the language that Mr. Hardin crafts.

Nevertheless, Mr. Hardin's proposed Order is illegal and I will take proper legal action on my part, including but not limited to reporting to the VA Bar Association, for lying in a pleading about me (re: 18-1140), and for constructively creating an illegal Order. This I will do if it is granted in violation of the law which grants me the constitutional and legal right to proceed without an appeal bond since I have been granted leave to proceed in forma pauperis (docket #3).

Sincerely,
Melinda Scott


Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342

---

From: Matt Hardin <matthewdhardin@gmail.com>
Sent: Thursday, September 16, 2021 2:19 PM
To: Pamela Sargent <pamelas@vawd.uscourts.gov>; robinb@vawd.uscourts.gov <robinb@vawd.uscourts.gov>
Cc: mscottw <mscottw@masonlive.gmu.edu>; Whitney Thurman <whitneyt@guynnwaddell.com>; christopherd@guynnwaddell.com <christopherd@guynnwaddell.com>
Subject: Re: Scott v. Wise Co. Dept. of Social Services et al. (Case No. 2:20-cv-00014-JPJ-PMS)

Good afternoon,

Pursuant to Judge Sargent's Practices and Procedures, I am attaching a proposed order in the above-referenced matter.

Thank you,

Matthew D. Hardin
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

Show More