CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 27 2021

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

MELINDA SCOTT, )
)
PLAINTIFF. )
)
V. ) CL NO. 2:20cv14
)
WISE CO. DSS, )
ET AL., )
)
DEFENDANTS. )

NOTICE OF APPEAL

COMES NOW, the Plaintiff, Melinda Scott, and states that she will appeal the following Orders from the Western District Court to the Fourth Circuit US Court of Appeals:

(1) Order granting Motion for an Extension of Time, entered in September 9, 2021 (signed by Magistrate Judge Pamela Meade Sargent)

(2) Order granting Motion for an Appeal Bond, entered in September 22, 2021 (signed by Magistrate Judge Pamela Meade Sargent)

Pursuant to Rule 3(a)(1), an additional copy of this Notice of Appeal has been sent to the Clerk to comply with Rule 3(d).

SIGNED RESPECTFULLY,

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this REPLY to Counsel for the Defendant, Matthew D. Hardin, VSB #87482, 1725 I Street NW, Suite 300, Washington, D.C., 20006, and at matthewdhardin@gmail.com on this 23rd day of SEPT., 2021.

SIGNED,

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu