# Matthew D. Hardin
# Hardin Law Office

1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com



October 6, 2021

Judith Lyall, Clerk
Buchanan Co. General District Court
Post Office Box 654
Grundy, VA 24614

Re: *Scott v. Appalachian Rental Solutions* (GV17000781-00)

Dear Ms. Lyall:

I hereby request certified copies of the entire case file in the above-captioned matter. Please call or email my office with the amount that is due in payment for the copies, and I will send a courier with the funds.

I further specifically request any judgment release or satisfaction of judgment that may have been filed in this matter. If no satisfaction of judgment has ever been filed, I ask that you certify that no such document exists in your files.

Thank you for your assistance. Please feel free to call or email with any questions.

Regards,

Matthew D. Hardin