CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 12 2021

JULIA C. DUDLEY, CLERK
BY: /s/ G. Meade
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

MELINDA SCOTT, )
)
PLAINTIFF. )
)
V. ) CL NO. 2:20cv14
)
WISE CO. DSS, )
ET AL., )
)
DEFENDANTS. )

## NOTICE

COMES NOW, the Plaintiff, Melinda Scott, in accordance with 28 USC §636(4) and Local Rule 73 ("Magistrate Judges") and informs this court that she has not previously given and does *not* give her consent for a magistrate judge to conduct any and all proceedings in the above named case.

SIGNED RESPECTFULLY,

/s/ Melinda Scott
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu

NOTICE
10.8.21
PAGE 1 of 2

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this NOTICE to Counsel for the Defendant, Matthew D. Hardin, VSB #87482, 1725 I Street NW, Suite 300, Washington, D.C., 20006, and at matthewdhardin@gmail.com on this __8th____ day of OCT., 2021.

SIGNED,

*[signature]*

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu