**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)**

| | |
|---|---|
| MELINDA SCOTT,<br><br>       Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, *et al.*,<br><br>       Defendants. | Case No. 2:20-cv-00014-JPJ-PMS |

**JOSHUA MOON'S
MOTION FOR ATTORNEY'S FEES AND COSTS**

  NOW COMES Joshua Moon, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 54, and moves that he be awarded costs in an amount of not less than $32.50 and fees in an amount not less than $11,016.40. In support of this Motion, Mr. Moon contemporaneously files his own declaration, a declaration of his counsel in this matter, and a Memorandum of Law. Mr. Moon respectfully incorporates by reference the contents of each as if fully set forth herein.

  Respectfully submitted this the 13th day of October, 2021,

                JOSHUA MOON

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

## Certificate of Service

      I hereby certify that I will file a true and correct copy of the foregoing document with the Court's CM/ECF system, which will electronically serve counsel of record. I have also deposited a true and correct copy of the foregoing document into the U.S. Mail, with First Class postage prepaid, directed to:

      Melinda Scott
      2014PMB87
      Post Office Box 1133
      Richmond, VA 23218

Dated: October 13, 2021

      /s/Matthew D. Hardin
      Matthew D. Hardin
      *Counsel for Joshua Moon*