UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

MELINDA SCOTT,

Plaintiff,

v.

WISE COUNTY DEPARTMENT OF
SOCIAL SERVICES, *et al.*,

Defendants.

Case No. 2:20-cv-00014-JPJ-PMS

Declaration of Joshua Moon

NOW COMES Defendant Joshua Moon, and states as follows:

1.  My name is Joshua Moon, and I am one of the Defendants in the above-captioned
    matter. I am represented by Matthew D. Hardin, whom I retained to defend this case
    in December, 2020.

2.  Attached to this Declaration as collective Exhibit A are invoices which Mr. Hardin
    has sent me in this matter, all of which I have paid. As a courtesy given the
    circumstances of this case, Mr. Hardin has waived billing for numerous items in this
    matter, including but not limited to time spent in discussions with him and
    correspondence with him. As such, the bills I have received and paid are substantially
    lower than bills I might have received had Mr. Hardin sought compensation for all the
    time we spent discussing the case or corresponding about it.

3.  I am the records custodian for Kiwi Farms (www.KiwiFarm.net). As a regular part of
    my day-to-day activities, I manage every aspect of the site and its software, including
    the networking and device management, and I am active in the management and
    moderation of the forum community directly.

in VA like a real man with Marshall, all fists and no attorney's fees. What do you

say? @Null." She also posted intimate details regarding her sexual relationship with

Marshall Casterson that same day, and stated that she does not fear a judgment

against her for attorney's fees ("It's really a non-issue. Virginia Homestead

Exemption and Poor Debtors for laws protect everything I own. They will be left with

a piece of paper and an empty hand.").

8. "Tamar Yael Batyah's" registered email is <tco.outdoorrec@gmail.com> which is a

business email associated with Melinda Scott (Ms. Scott has published books relating

to outdoor recreation). The email is "verified" to belong to Ms. Scott and to Tamar

Yael Batyah, meaning the Kiwi Farms account was created with the email and then a

verification link was sent to the email address before any posts could be made with

that profile on Kiwi Farms.

9. The website does not allow posts made by "Tamar Yael Batyah" to be edited.

10. True and accurate copies of posts made to kiwifarms.net by "Tamar Yael Batyah,"

which is a profile identified with Melinda Scott, are attached as collective Exhibit B.

For ease of reference to specific posts made by "Tamar," I have subdivided Exhibit B

into Exhibits that bear both a letter and a number (B1 through B14).

11. Specifically, "Tamar," the profile that has been identified as being Ms. Melinda Scott

has stated, among other things:

   a) "I clearly said I sued KF/Mr. Looney Mooney to further my legal education while

   I was out of law school... And I clearly said Im not a pacifist."

   (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-
   95#post-5848238).

b) "I don't regret filing. I maintain my dignity giving Joshua Moon the middle finger in a legal manner." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-911#post-8374882).

c) "The default was entered, PERMANENTLY. The default judgment is simply an extension of that. I'll give Mr. Joshua Moon his EYE FOR EYE as long as I can! Fuck you Joshua Moon!" (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-702#post-7777910).

d) "The reason I filed the lawsuits, even though I'm not bothered by what is said here, is because I reason that it's better to try and be told "no" than not try at all. Instead of waking up years down the road and say "I should have sued him go remove the threads" I take care of business now. Even if the courts say "no" it's better that I at least tried instead of having regrets of not taking action." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-308#post-6363111).

e) "And we all know that Joshua Moon is too much of a coward to fight me in mutual combat with fists on some fine Virginia soil. That's why he hides behind a computer. He knows I could kick his ass with my just my fists." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-912#post-8377174).

f) "[M]y motives for filing lawsuits were already addressed pages and pages back. It certainly wasn't because I give a fuck what a bunch of uneducated pagans think about me, Marshall or my family. I don't value your opinions about us at all. Why would a lioness care about worms under her foot? They grovel in shit and filth in

the darkness while she moves around freely in the sunshine."

(https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-222#post-6158804).

g) "You guys are bringing traffic to my scholastic work, especially my anti-Polygyny paper. So I actually am ambivalent about whether or not I want these threads removed." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-208#post-6024919).

h) "To the contrary, my publisher and I already had a talk about this site… If anything, Kiwi Farms will only help me BOOST sales because when educated people (unlike yourself) see me promoting anti-patriarchal, anti-misogynist talk, they will be more than happy to support me. I've already gotten dozens of emails from people reaching out to me about how trashy this site is and sympathetic to my cause to sue you. Opening your mouth and standing against the dumb-masses is actually what has made many politicians, sales people, and book authors FAMOUS Eat Shit." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-236#post-6181649).

i) "In fact, my arguments with you all have "inspired" a paper I am publishing next month. I'm not giving away the title early, but I think it will be a hit!" (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-716#post-7827395).

j) "You guys don't make me feel bad about myself at all. I love myself and I'm blessed. I wake up every day praising Elohim. Actually, the opposite is true: coming here debating you all actually makes me giddy. I get a natural high

watching you Goyim fumble in your folly."

(https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-999#post-8949562).

k) "My reputation on Kiwi Farms is scarcely a cause for alarm. I'm not losing anything from a bunch of uneducated pagans having a bonfire around my name. Big deal, I could care less." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-227#post-6168700).

l) ""And I did it all proudly with an account that isn't anonymous." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-543#post-7328578).

m) "My financial status was like that before Kiwi Farms. I take a tremendous pay cut being self employed and homeschooling." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-335#post-6425220).

12. The foregoing statements, and all of Ms. Scott's other statements, have been made a part of Kiwi Farms' records and are maintained in our internal databases and made available on the Internet.

13. Ms. Scott has sued me repeatedly since 2017 because I refuse to remove content from kiwifarms.net. She has made clear on multiple occasions that she will continue to sue me until that content is removed, despite her failures to state a claim in every lawsuit she has filed against me to date. I fear that if this Court does not make me whole for the attorney's fees I have been forced to incur, Ms. Scott will continue to file meritless litigation against me in an attempt to either bankrupt me or force me to shut down a website that is operating lawfully.

14. Further I say nothing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Oct. 13, 2021

_Joshua Moon_

Joshua Moon



**EXHIBIT A**

THE LAW OFFICE OF
# MATTHEW D. HARDIN
1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com

## INVOICE

Joshua Moon
Via Email only to: jcmoon@pm.me

Project: *Scott v. Wise Co. Dept. of Social Services et al.*

Invoice date: 1/1/2020
Balance due: 1/10/2020

Invoice Number: 2021-0101C

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Review Complaint & Default, Draft Mot. To Dismiss and Mot. To Set Aside | 10.7 | $ 300.00 | $ 3,210.00 |
| Review Scott Mot. To Strike & Draft "Combined Memo" | 3.9 | $ 300.00 | $ 1,170.00 |
| First Mot. Ext. Time | 0.1 | $ 300.00 | $ 30.00 |
| Protective Order | 2.7 | $ 300.00 | $ 810.00 |
| Second Mot. For Extension | 0.2 | $ 300.00 | $ 60.00 |
| | | Subtotal | $ 5,280.00 |
| | | Discount | $ 0.00 |
| | | Costs | $ 6.40 |
| | | Total | $ 5,286.40 |

Thank you for your business! It is my pleasure to assist with your legal needs. If you have any questions, please don't hesitate to reach out by phone or email.

Sincerely yours,

Matthew D. Hardin

1

THE LAW OFFICE OF
# MATTHEW D. HARDIN, PLLC
1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com

## INVOICE

Joshua Moon
Via Email only to: jcmoon@pm.me

Invoice date: 2/1/2021
Balance due: 2/10/2021

Project: *Scott v. Wise Co. Dept. of Social Services et al.*

Invoice Number: 2021-0201B

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Oppose Motion to Compel | 0.3 | $ 300.00 | $ 90.00 |
| Oppose Motion to Extend Time to Serve Summonses on Co-Defendants | 0.2 | $ 300.00 | $ 60.00 |
| Oppose Mot. To Quash | 0.3 | $ 300.00 | $ 90.00 |
| Reply in Support of Mot. to Dismiss | 8.7 | $ 300.00 | $ 2,610.00 |
| Mot. For Order to Show Cause | 0.3 | $ 300.00 | $ 90.00 |
| Reply in Support of Mot. to Show Cause | 5.1 | $ 300.00 | $ 1,530.00 |
| | | | |
| | | Subtotal | $ 4,470.00 |
| | | Discount | $ 0.00 |
| | | Costs (waived) | $ 0.00 |
| | | Total | $ 4,470.00 |

Thank you for your business! If you have any questions, please
don't hesitate to reach out by phone or email.

Sincerely yours,

Matthew D. Hardin

1

### THE LAW OFFICE OF
# MATTHEW D. HARDIN, PLLC
1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com

## INVOICE

Joshua Moon
Via Email only to: jcmoon@pm.me

Project: *Scott v. Wise Co. Dept. of Social Services et al.*

Invoice date: 10/1/2021
Balance due: 10/10/2021

Invoice Number: 20211010F

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Mot. Ext. Time | 0.3 | $ 300.00 | $ 90.00 |
| Mot. Appeal Bond | 0.3 | $ 300.00 | $ 90.00 |
| Reply in Support of Appeal Bond | 2.3 | $ 300.00 | $ 690.00 |
| Mot. to Supplement Record | 0.2 | $ ·300.00 | $ 60.00 |
| Mot. To Take Judicial Notice | 0.2 | $ 300.00 | $ 60.00 |
| Reply in Support of Mot. to Supp. And Mot. To Take Jud. Not. | 0.3 | $ 300.00 | $ 90.00 |
| Mot. to Strike | 0.1 | $300 | $ 30.00 |
| 4th Cir. Mot to Dismiss | 0.3 | $300 | $ 90.00 |
| 4th Cir. Mot. To Sus. Briefing | 0.2 | $300 | $ 60.00 |
| | | Subtotal | $ 1,260.00 |
| | | Discount | $ 0.00 |
| | | Costs (waived) | $ 0.00 |
| | | Total | $ 1,260.00 |

Thank you for your business! If you have any questions, please don't hesitate to reach out by phone or email.

Sincerely yours,

Matthew D. Hardin

10/13/2021

Melinda Leigh Scott & Marshall Castersen | Page 95 | Kiwi Farms

## EXHIBIT # B1

### TamarYaelBatYah ✓
Melinda Leigh Scott
kiwifarms.net

Jan 11, 2020                                                    ⅋ #1,889

▸

Anonymous Fluhre said: ⊕

If we don't matter, why do you keep coming here? Why do you keep trying to sue Null and the Farms? Face it girl, we mean a lot to you. The people here are probably the only people in your life who don't abuse you. That has to sting a little. A bunch of faceless men, women, and otherkin are better than any man in your life, past, present, and future.

Why do you keep asking me stupid questions? I already spoke about all that in previous pages. Read before you speak and waste space on a thread.

I clearly said I sued KF/Mr. Looney Mooney to further my legal education while I was out of law school. I clearly said I came here to guard the Torah. I clearly said "guard" did not mean "convert" or "save" others. I clearly said I study KF like a specimen. And I clearly said Im not a pacifist.

Do you have a reading comprehension problem?

ConSluttant, Nigero, Rafal Gan Ganowicz and 9 others

### talk talk talk
Remember me, imperialist running dog yankees?
kiwifarms.net

Jan 11, 2020                                                    ⅋ #1,890

▸

Did you have a favorite class in 1L?

Adamska, Army Burger, TamarYaelBatYah and 1 other person



### Baby Yoda
Grogu
kiwifarms.net

Melinda Leigh Scott & Marshall Castersen | Page 702 | Kiwi Farms

**For anyone Tl;Dr-ing, look at the first case's second citation. It single-handedly kills her case.**

Anonymus Fluhre said: ⊕

Melinda here can't understand English common law.

She barely understands basic English, lets not mention law.

Marvin, Rafal Gan Ganowicz and fnaarf

**EXHIBIT #** B2

Last edited: Nov 18, 2020

∞ #14,037

**fnaarf**
Certified Femcel™
kiwifarms.net

Nov 18, 2020

TamarYaelBatYah said: ⊕

YOU LOST JOSHUA MOON
YOU FAILED JOSHUA MOON
YOU'RE DUMB JOSHUA MOON
YOU'RE THE DUMBEST LITIGANT EVER JOSHUA MOON
YOU'RE A FAILURE JOSHUA MOON

Are you still going to be crowing about this when you get 0 winnings for "emotional damages"?

Rafal Gan Ganowicz

∞ #14,038

**TamarYaelBatYah** ✅ 
Melinda Leigh Scott
kiwifarms.net

Nov 18, 2020

fnaarf said: ⊕

Are you still going to be crowing about this when you get 0 winnings for "emotional damages"?

Case 2:20-cv-00014-JPJ-PMS   Document 90-2   Filed 10/13/21   Page 13 of 43   Pageid#: 607

The default was entered, PERMANENTLY. The default judgment is simply an extension of that.

I'll give Mr. Joshua Moon his EYE FOR EYE as long as I can!

Fuck you Joshua Moon!

Useful_Mistake said: ⊚

More about Intentional Infliction of Emotional Distress. In Virginia, it was only used 44 times.

Click to expand...

The first thing we covered in 1L was IIED

Burmese Rice Farmer said: ⊚

Man, she's so delirious that she can't even make actual responses and just laughs like a fuckin child.
Is this what you teach your children? Is this the kind of show you show them is fine to be? Almost makes me hope Marshall takes the kids tbh

EYE FOR EYE is exactly what I teach my children

Anonymus Fluhre said: ⊚

can't prove damages to her book sales due

10/13/2021

Melinda Leigh Scott & Marshall Castersen | Page 911 | Kiwi Farms

EXHIBIT # B3

✂ #18,202

Melinda Leigh Scott
kiwifarms.net

◀

Feb 19, 2021

Useful_Mistake said: ⊕

To poor for court, rich enough for a house

There are 0% down options where the mortgage is only $325/month, and on well water which means no water bill. You know, places that aren't New York City, Washington DC or San Francisco. Big cities are expensive.

If you keep your electric bill around $125 and have no Cable you can house a family of 7 for only $500/month. Then keep your discretionary expenses around $250 for toiletries, clothes, toys, school supplies etc and you're good to go! I was raised poor and I'm old fashioned, I can raise a family on a shoe string budget.

I also subscribe to the saying of the 1930s depression: "Use it up, wear it out, make it do, or do without". I wear clothes with sewn holes and I don't mind. I don't go to women's day Spas. I paint my own nails. I shop at theory stores and flea markets.

I also have a family who is helping me with Owner Financing. Great to know YHWHs people!

Btw, you can qualify for IFP even if you own a house. I have 6 children, most charitable places set qualifications for a household of 7 around a monthly income of $3,000/month. I'm well below that.

Toasty said: ⊕

@TamarYaelBatYah do you have anything to say about the absolutely set in stone epic win default judgment being overturned and the reason for it given by the judge? After all it was you yourself that provided the reason. Do you regret this?

I believe the judge over ruled it because he wants to be tough on me.

2/14

I don't regret filing. I maintain my dignity giving Joshua Moon the middle finger in a legal manner.

Canned Bread said: ⊕

I'm pretty sure that Ted Bundy held the truth about what happened to his victims and did plenty of evil. Knowing what is or isn't true has nothing to do with being a good or evil person, dumbass.

I don't know about you, but that was thousands of years ago. I don't know many jews living today who are okay with incest, but you seem to be so messed up in the head that I'm not surprised that you are. Wouldn't be too shocked to find out that in a decade (if this forum is still around, I guess), your sons would be getting your daughters pregnant.

Sex between siblings is forbidden by The Torah, so that wouldn't happen among my children. Cain and Abel did not marry their sisters either.

Sex between cousins is not forbidden by The Torah. It makes a lot of sense. A woman's male relatives are her first line of defense and love in society. As long as it's not her dad or her Uncle, she can marry any of her cousins. It's a good system. Maybe there would be fewer abused women if women married their cousins. Blood is thicker than water.

Anonymus Fluhre said: ⊕

Melinda Leigh Scott & Marshall Castersen | Page 308 | Kiwi Farms

lamp, TamarYaelBatYah and xtamarlover

**EXHIBIT # B4**

#6,149

**TamarYaelBatYah** ⊘

Melinda Leigh Scott
kiwifarms.net

Apr 27, 2020

TamarYaelBatYah said: ⊕

There's nothing about my past that would disqualify me from being a morally superior woman.
**For one, most women have committed adultery by cheating on their husbands and had abortions and I've never cheated on anyone nor murdered.**

Click to expand...

Oh geesh, that comment sent before I was finished.
Didn't mean for everyone there to be bolded.

And the missing sentence is: I've never committed any sin for which the capital punishment or excommunication is decreed

The sins I committed before coming to Torah were very minimal

redcent said: ⊕

how would you get far away from him when he's in front of you just starting to say he's renouncing the Torah? Do you think you have super human speed or something? What if he corners you first? What if he sat you down to dinner, told you he hates the torah, but as you get up to leave he points a gun at you?

Click to expand...

The reason I filed the lawsuits, even though I'm not bothered by what is said here, is because I reason that it's better to try and be told "no" than not try at all. Instead of waking up years down the road and say "I should have sued him go remove the threads" I take care of business now. Even if the courts say "no" it's better that I at least tried instead of having regrets of not taking action.

In this potential scenario...he's pointing the gun to force me to have sex?

Dynamite Ninja, Deadpool, lamp and 3 others

### cjöcker

Despite all my rage I'm still just a rat in a cage | True & Honest Fan

kiwifarms.net

◄   Apr 27, 2020                                                                    ℰ   #6,150

TamarYaelBatYah said: ⓔ

The reason I filed the lawsuits, even though I'm not bothered by what is said here, is because I reason that it's better to try and be told "no" than not try at all. Instead of waking up years down the road and say "I should have sued him go remove the threads" I take care of business now. Even if the courts say "no" it's better that I at least tried instead of having regrets of not taking action.

You threatened jersh while he was planning to tell you that Andrew was violating his restraining order and you were being a massive cunt to him, why were you so hellbent on getting them taken down when people felt sympathy for you?

lamp and redcent

### redcent

Draco dormiens nunquam titillandus

kiwifarms.net

◄   Apr 27, 2020                                                                    ℰ   #6,151



TamarYaelBatYah said: ⓔ

The reason I filed the lawsuits, even though I'm not bothered by what is said here, is because I reason that it's better to try and be told "no" than not try at all. Instead of waking up years down the road and say "I should have sued him go remove the threads" I take care of business now. Even if the courts say "no" it's better that I at least tried instead of having regrets of not taking action.

who in the world worries what would happen if they didn't sue someone over petty nonsense?

Melinda Leigh Scott & Marshall Castersen | Page 912 | Kiwi Farms

**EXHIBIT # B5**

The whole thing actually sounds very suspicious.

"Owner Financing from a family who owns the house and is helping me" leads me to believe that she's being placed in a shed out in a field somewhere and the owner of the shed is holding on to any deed until she pays off the "mortgage".

In other words, she's probably paying $325 rent to live in a shed without a water main connection and will not hold title to any land.

The Littlest Shitlord, AmateurComedicTaxidermist, Kosher Salt and 5 others

**TamarYaelBatYah** ✓

Melinda Leigh Scott
kiwifarms.net

◄

Feb 19, 2021

> Toasty said: ⓔ
>
> asked if you regretted giving the judge the evidence that the service was invalid.

Not at all. His residence in Florida doesn't invalidate what I said in the other pleadings.

Courts pick and choose when they are going to follow the legal standard. I've seen judges and lawyers break and bend the law all the time in courtrooms and on paper.

In this case, the Default was vacated because they aren't following their own rules and legal standards. Despite my opinion that the legal system is corrupt, I will continue to use it as a matter of dignity. What other option do I have? It's against American laws to assault Joshua Moon.

And we all know that Joshua Moon is too much of a coward to fight me in mutual combat with fists on some fine Virginia soil.

That's why he hides behind a computer. He knows I could kick his ass with my just my fists



That's why he ran off to Europe for a vacation lol

∞  #18,225

Case 2:20-cv-00014-JPJ-PMS   Document 90-2   Filed 10/13/21   Page 19 of 43   Pageid#: 613

**EXHiBIT # B6**

wrong. Not everyone wants to have babies. Not everyone wants to be mother. Being forced into it is wrong.

Go pop out babies, it's your body. But fuck off from saying what other women do with theirs and quit saying it's evil or they shouldn't do this and thatbecause that's THEIR bodies

TamarYaelBatYah



**Adamska** [Last Gunman] [True & Honest Fan]

kiwifarms.net

Mar 16, 2020

⚙ #4,437

Remember, the hebrews of old practiced both abortion (only in cases of infidelity), and contraceptives (Silphium was super fucking popular back then and we harvested it to extinction). That some women choose to use them, especially those that have super heavy and painful menstruation or something fucky with it, is fine honestly.

But then we already know this Hole only cares what confirms and enables her to be a selfish and narcissistic hole that uses her kids as assets to pretend she's not a failure.

ConSluttant and TamarYaelBatYah



**TamarYaelBatYah** ✅

Melinda Leigh Scott

kiwifarms.net

Mar 16, 2020

Adamska said: ⓔ

Remember, the hebrews of old practiced both abortion (only in cases of infidelity), and contraceptives (Silphium was super fucking popular back then and we harvested it to extinction). That some women choose to use them, especially those that have super-heavy and painful menstruation or something fucky with it, is fine honestly.

But then we already know this Hole only cares what confirms and enables her to be a selfish and narcissistic hole that uses her kids as assets to pretend she's not a failure.

⚙ #4,438

No, they did not "practice abortion". Israelites practiced genocide of foreign nations which included pregnant women, and they

Case 2:20-cv-00014-JPJ-PMS   Document 90-2   Filed 10/13/21   Page 20 of 43   Pageid#: 614

stoned women for adultery, even if pregnant. You're trying to take my words out of context. In the context of what I'm saying. I'm not using "abortion" to mean the murder of another person's child. I'm saying abortion is purposely killing your own child. There is no justification in The Torah for killing your own child in the womb.

redcent said: ⊕

Multiple failed lawsuits against null say otherwise

you can study without commenting. You can just lurk. You can defend your Torah better by shutting up since you're making a mockery of it. Don't lie we xan see right through you

Click to expand...

There is no such thing as a "failed" lawsuit. Either you (1) get a judgment in your favor or (2) you don't or (3) it's dismissed for settlement. There are multiple reasons for not getting a judgment in your favor, judicial corruption is among them.

It's funny how when you can't think of anything intelligent to say you try to whip out old played out news about lawsuits as a defense. You're attempts at verbal jabs are empty. Nice try though.

And lady, save your breath. I don't care what you think I could or should do on Kiwi Farms. You're in a power struggle to try to boss me around, it's just absolutely childish.

Where did I ever say that I was stopping women from doing what they want with their own bodies?

What I said was: birth control and abortion are EVIL.

If you think The Torah is a mockery because of anything I've said THAT'S ON YOU. It's a Christian thinking that you're trying to use against me. It's no one's job to impress or convince anyone that The Torah is perfect. If you don't praise YHWHs Torah it's because you are evil. No one else but you is responsible for YOUR sin.

redcent said: ⊛

Multiple failed lawsuits against null say otherwise

I know you have a reading comprehension issue but my motives for filing lawsuits were already addressed pages and pages back. It certainly wasn't because I give a fuck what a bunch of uneducated pagans think about me, Marshall or my family. I don't value your opinions about us at all. Why would a lioness care about worms under her foot? They grovel in shit and filth in the darkness while she moves around freely in the sunshine.

F. Murray Abraham, Nigero, Kosher Salt and 1 other person



**redcent**

Draco dormiens nunquam titillandus

kiwifarms.net

◀

Mar 16, 2020

ఠ #4,439

TamarYaelBatYah said: ⊛

No, they did not "practice abortion". Israelites practiced genocide of foreign nations which included pregnant women, and they stoned women for adultery, even if pregnant. You're trying to take my words out of context. In the context of what I'm saying, I'm not using "abortion" to mean the murder of another person's child. I'm saying abortion is purposely killing your own child. There is no justification in The Torah for killing your own child in the womb.

Click to expand...

*Then why are you here*

This thread would not have started if you had not tried (and failed) to sue null. You did that because you got all offended when some guy snickered on how many guys you go through. That is clearly why you are here, no matter how poorly you hide it.

And if you didn't care what anybody said you wouldn't comment. You wouldn't reply. You'd go on your merry way with your life, but you don't. Because clearly this place hgets your panties in a twist

EXHIBIT # B7

10/13/2021

Dynamite Ninja and TamarYaelBatYah

Melinda Leigh Scott & Marshall Castersen | Page 208 | Kiwi Farms

**TamarYaelBatYah** ✔
Melinda Leigh Scott
kiwifarms.net

▲

Feb 17, 2020

#4,148

Fangsofjeff said: ⊕

Who have you cursed in private prayer? Elohim doesn't seem to be taking care of Kiwifarms, Joshua and most posters seem fine and dandy.

What violence does the Torah permit?

My private prayers are just that...private.

Appearing "fine and dandy" doesn't mean someone isn't cursed. For one, you don't know everything that is going on in someone's personal life that you can't see. For two, some of the curses of The Torah are less obvious (ie spiritual blindness) to the person. Also, Elohim may choose to wait until the Day of Judgment to avenge. It's not my place to demand when Elohim avenges.

Abel has been patiently waiting 5,780 years. I'm patient too.

"I swear to you, ye righteous, that in heaven the angels record your goodness before the glory of the mighty One.

Wait with patient hope: for formerly you have been disgraced with evil and with affliction; but now shall you shine like the luminaries of heaven. You shall be seen, and the gates of heaven shall be opened to you. Your cries have cried for judgment; and it has appeared to you: for an account of all your sufferings shall be required from the princes, and from every, one who has assisted your plunderers." (Enoch 103:1-2)

VPNman said: ⊕

Oh shit, I wasn't convinced before but quoting the bible has really pushed me over the edge. Guess we'll have to shut it down now. You really do have the ear of god and the ability to aim his divine justice.

May I suggest some African warlords for your next set of curses?

Shutting down a website isn't a curse listed in The Torah. I haven't even prayed for Elohim to do that.

You guys are bringing traffic to my scholastic work, especially my anti-Polygyny paper. So I actually am ambivalent about whether or not I want these threads removed

Coffee Shits, Fangsofjeff, Dynamite Ninja and 4 others

<sub>od</sub> #4,149

## Viridian

Phthalo green is a basic bitch.   True & Honest Fan

kiwifarms.net

Feb 17, 2020

TamarYaelBatYah said: ⊕

You guys are bringing traffic to my scholastic work, especially my anti-Polygyny paper. So I actually am ambivalent about whether or not I want these threads removed

You claim we've brought harm on you *and your kids* with this thread, yet you want this thread to stay and keep participating in it so it stays active to drive people to your pseudoreligious babblings. Worthless attention whore confirmed. You love attention more than your kids.

Nigero, xtamarlover, TamarYaelBatYah and 1 other person



## Deadpool

Demon Prince of Patriarchy.   True & Honest Fan

kiwifarms.net

Feb 17, 2020

TamarYaelBatYah said: ⊕

Shutting down a website isn't a curse listed in The Torah. I haven't even prayed for Elohim to do that.

<sub>od</sub> #4,150

EXHIBIT # 138

kiwifarms.net

°o #22,491

Today at 11:22 AM

◀

DSP's Tax Lawyer said: ⓔ

Melinda deserves only a Chad vexatious litigant who can create, argue, and get a pointless lolsuit settles in 3 months. Anything longer means they aren't worthy of her amazing cooking

But anything shorter means they aren't willing to put in effort to win the lady's heart.

Illuminati Order Official

---

D   **DSP's Tax Lawyer**

kiwifarms.net

°o #22,492

Today at 11:24 AM

◀

Useful_Mistake said: ⓔ

But anything shorter means they aren't willing to put in effort to win the lady's heart.

You have to remember. Its not just a 3 month effort in courts over vexatious litigation to win her heart. They are also cage fighting for 30 seconds before that

Drowningman, Illuminati Order Official and Useful_Mistake

---

**TamarYaelBatYah** ◉

Melinda Leigh Scott

kiwifarms.net

°o #22,493

Today at 11:24 AM

◀

Toasty said: ⓔ

The picture was a joke, a meme, not a snapshot of someone's actual relationship. You just spent a whole giant post proving that you cannot read actual social cues and are a black hole where humor goes to die.

Says the lady not getting laid because she's too selfish to share her body with a fetus. If anyone missed the point, it's you: the sexless woman with an empty womb.

I surely saw you still licking your wounds on here for being childless. Oh yes, I watch, I take notes. You're a typical Goy woman trying to justify the disgrace of your empty womb.

Rabid Weasels said: ⓔ

What's his favorite meal? Bad Faith Meatloaf? Vexatious Taco Tuesdays?

He likes my homemade Calzones the best (I think).

CyrusKissFanClub said: ⓔ

Neither you nor Marshall has ever eaten at a restaurant with 3 Michelin stars. You have no clue about good food. And you don't cook Ashkenazi, Sephardic, or Mizrahi food. You cook white trash pig slop. You and Marshall are fat but the children look scrawny and underfed. The children aren't even getting their fair share of pig swill.

Marshall fat? More like he's a nice thick man. Who obviously likes his woman thick in the right places.

One of the hottest things about Marshall's thick body is his thick legs and big juicy ass. Obviously you don't know that some women like a thick man. **Women are visual**, don't you know.

Oh wait, I just scrolled up to the see whose profile this was I'm writing to. No, you're a Talmudic scholar , wholly sexist. So you don't know women are visual.

Here's some Sex Ed for you: WOMEN ARE VISUAL. We like looking at strong legs on a man, a nice wide manly looking ass, and long flowing luscious hair on his head. Marshall can grow some handsome luscious locks of hair. Mmmhm.

I'm not going to get into a pissing contest about what I cook. You have a narcissistic preoccupation with competition and I won't engage.

Both Marshall and I have both lived in very affluent areas where high end restaurants were accessible in many places. He in SF Bay area, me in Metropolitan Northern VA/DC. We've both had our share of big city high culture and fine dining. Thanks for trying to get to know us before making assumptions!

But he's like me in that he knows city life gets old and nothing compares to good home cooking shared in the comfort of one's home. No 5 star restaurant can compare to that.

My children eat fine BTW. My boys are all strong as mules My girls have complete opposite body types and they both are beautiful and healthy. My $1200-$1400/mo grocery bill isn't meager by any means.

DSP's Tax Lawyer said: ⊕

@Tamar'ael'Bat'Yah Don't go. I heard Russell Greer was going to start stalking you in hopes of getting a date. You should sue him to prevent this

Hey, I really think him suing Joshua Moon was great.

Best line of the Judge's Opinion:

"The Court sympathizes with Mr. Greer's plight".

This program is preventing me from attaching a screenshot, or I would.

I guess that female judge is more empathetic than the narcissistic shit I've been dealing with on this side of the country.

RodgerDodger said: ⊕

She's hoping one of us says something nasty so she can cut and paste it into her appeals filing due Monday. Don't take the bait.

KF clearly distresses Mel so much that she feels it necesary and appropriate to come here unprompted and share intimate details of her and Marshall's sex life. Which nobody would ever ask for. Y'know Mel, normal people don't do that. Ever.

Who the fuck cares what "normal" is.

Who the fuck wants to be within the range of "normal" in a fucked up society? No, I can do better than what's "normal".

Aside from the fact that discussing women's sexuality in a philosophical and scientific manner is completely acceptable in the world of academia, I was in fact asked by @Baby Yoda to discuss some aspect of my relationship with Marshall.

Using scientific terminology to discuss women's sexuality is not "intimate details". "Intimate details" would be me describing just how exactly I performed a blow job on Marshall. You were not given information on that. So no, I did not cross any moral boundaries.

If words like "sex" stated in public bother you, you should consider sex therapy.

Space Cooter said: ⊕

Why on earth would you come back to post that?

Well, now, let's see, if I'm not mistaken – and I'm not – I'm pretty sure that Kiwi Farms entire platform against me was on the basis of attacking how I express my sexuality as a woman. Your old fashioned misogynistic worldview boxing women into some Dark Ages view of woman's sexuality was made quite clear.

So the real issue is here, not that my sexuality is being spoken of on Kiwi Farms, the issue is, you don't like when you can't control the narrative about my sexuality and women's sexuality in general.

Useful_Mistake said: ⊕

This only benefits us. She'd be showing the judge even more proof that she has no idea how anything concerning her cause of action functions

You can believe that to your disadvantage. By all means, stay blind.

Baby Yoda said: ⊕

@TamarYaelBatYah Thank you for taking the time to eloquently respond to this. I agree with you here. I hate the way this comic compartmentalizes sex between "he,her" and commodifies it between the genders. Sex should be something natural and normal that people engage in. They should also be more welcoming of people with different sexual appetites and not just the bland "BJ". Show prolapses, show trannies, be more welcoming!!!

Click to expand...

"Sex should be something natural and normal that people engage in."

Yes, women = people

Deadpool said: ⊕

Holy shit the retarded whore returns. I thought you were leaving manlet Marshall. You had your retarded white board and everything. It's almost like your full of shit, and always will be.

So how are you gonna come up with the (nearly) $10,000 when the court grants Hardin the appeal bond?

It's really a non-issue. Virginia Homestead Exemption Act and Virginia's Poor Debtors for laws protect everything I own. They will be left with a piece of paper and an empty hand.

10/13/2021

Melinda Leigh Scott & Marshall & Marshall Castersen | Page 236 | Kiwi Farms

EXHIBIT # B9

Melinda Leigh Scott
kiwifarms.net

≪ Highlight ⊳ ⚆ #4,712

Mar 21, 2020

LoverofPi said: ⊛

You know, when you actually respond to what people say and not what you wanted them to have said you get called out for strawmen arguments less. Keep that in mind in the future.

Click to expand...

CAUGHT YA! Here I go again to POINT OUT YOUR STUPIDITY!

You STILL can't find point A. If I "invent details" AFTER someone did it to me first, that's CALLED EYE FOR EYE. If someone (in your case you and some others) do it first unprovoked, it's lack of education.

**Do you see how you can't tell the difference between terms and actions? You aren't smart enough to find POINT A and to differentiate between actions. You talk JUST LIKE THE STALKER.** Hell, for all I know, you ARE the Stalker because you have the same disordered thinking. I have an ex-relative who talks like you too. **(<----Marshall, THIS, right here)**

The same is true of your analysis that this action or that action is a "symptom of narcissim". You throw together isolated details and think you have a correlation. You isolate details inappropriately and talk in circles just to try to make something look like something it's not. You try to call anything that's a rebuttal "narc rage". That's not the correct definition in the least bit. And newsflash Ms. Uneducated: It's not my responsibility to be responsible for other's behavior. You read some shit off a blog about NPD and you think you can just throw terms around but your lack of intelligence just makes the information completely useless in your brain.

And lady, I have already addressed this claim of psychologists that "Refusal to admit flaws is a classic sign of narcissim". It's not in line with Hebraic thinking/The Torah. **You don't need to "admit flaws" to be a moral person.** Just because some pagan psychologists come up with some definitions of morality doesn't mean it's right. Go back about 25 pages, I already posted the

Scripture verses.

Burmese Rice Farmer said: ⊛

You know, I wonder why Melinda continues to talk here while insinuating that she has some form of professional career creating consumer products, like authoring. If anyone decides to do a background check and come across the farms by chance (we do have several spots in the top 10 results), that would be a *very* bad look to any professional or contractor hiring her or taking in her work, seeing how angry she gets, the negative connotations of several of her views like how she thinks spousal abuse is totally fine, her record of spurious litigation, etc is stuff a professional would never, in a million fucking years, *EVER* want to realistically associate with.

If you think about it, it's no fucking wonder she can only publish under a bullshit vanity or subsidy publisher

To the contrary, my publisher and I already had a talk about this site. They think it's as trashy and unimportant in society as I do. If anything, Kiwi Farms will only help me BOOST sales because when educated people (unlike yourself) see me promoting anti-patriarchal, anti-misogynist talk, they will be more than happy to support me.

I've already gotten dozens of emails from people reaching out to me about how trashy this site is and sympathetic to my cause to sue you. Opening your mouth and standing against the dumb-masses is actually what has made many politicians, sales people, and book authors FAMOUS

Eat Shit

Anonymus Fluhre said: ⊛

She steals from the government so she's just as bad as any thief.

Funny, because I'm pretty sure some people in Congress and some Jewish socialists got together and created Public Policy to enforce a concept called "the redistribution of wealth". Not everyone is a baboon like you.

Last edited by a moderator: Mar 21, 2020

UnFuNnYmEmE, Pineapple Fox, Deadpool and 10 others

**EXHIBIT #** B10

pass an STD to a baby.

fnaarf said: ⊛

I don't know what that means and I'm sure you don't know either, so I'll take it as a compliment.

The short version is that circumstances influence whether something is moral or immoral. This is something Mel actually ascribes to but doesn't realize it.

That's not what gaslighting means. Happy thanksgiving, by the way.

Melinda still doesn't understand narcissism despite accusing every tom dick and her extended family of being narcs for months now. It's just buzzwords to her. Same as the theological terms she tosses around.

Uberpenguin said: ⊛

This thread is kinda bizarre. I just came in after not being to the site for a few months to see what the mountain jews were up to, and the thread appears to have converted to an extended lolcow chat session.

Click to expand...

everything she's said, yes, the farms and the courts are the extent of her social interactions with people outside her
Useful_Mistake, Spergichu and B'Elanna
children



**TamarYaelBatYah** ✿
Melinda Leigh Scott
kiwifarms.net

Nov 26, 2020

∞  #14,310

10/13/2021

Melinda Leigh Scott & Marshall Castersen | Page 716 | Kiwi Farms

Deadpool said: ⊕

Moral relativism is actually a good thing. It means you think about what's right and wrong and the severity of it for yourself. An example would be thinking that stealing a loaf of bread for your starving children isn't evil, but stealing money from someone who needs it is.

Unlike moral absolutionists like Melinda who just see any act of stealing as equally wrong. This is shown by her ignorant belief that occasionally watching porn is the same as being addicted to it (the way she was). They're idiots who stubbornly demand that a world cast in shades of grey is actually black and white. Most moral absolutionists are self rightous douche bags like Niggerlinda, who use it to judge their more intelligent moral superiors.

For the first time in 700 pages you started out saying something actually intelligent without being insulting and then you wen't downhill in the second paragraph

The Hebrew Bible is built on moral absolutes. It's not for humans to try to reinvent morality based on their own feelings.

Burmese Rice Farmer said: ⊕

The Torah isn't eternal because it exists in a physical form, and anything that has been created has an origin point, that's just how reality works. I know you don't like accepting reality but you're gonna have to experience it eventually

The Torah is words. Words exist in the 4th dimension over time. Even as I type to you, my words are coming to you through the 4th dimension (Wi-Fi).

Every letter and word has a frequency. When it is spoken into the air, it travels through sound waves. You cannot see them, but those sound waves are there. The written manifestation of a word is simply one part of a word.

If Elohim speaks The Torah out loud, it exists in sounds waves, forever.

Uberpenguin said: ⊕

Ms. Scott, you posted on here last night at like 1 AM and then were up and posted on here again at like 8:30 in the morning

14/26

Melinda Leigh Scott & Marshall Castersen | Page 716 | Kiwi Farms

I fold laundry late at night after my toddler goes to sleep otherwise he will mess up my piles. I also fold laundry after the baby goes to sleep because she needs to be held a lot and I can't fold laundry unless she is sleeping.

I often do chores between 9 pm and 3 am in the morning. Because the children need me a lot in the day, can't get them done when they are awake. But if I go to sleep between 12 am and 3 am I have a stash of energy drinks waiting for me when they all wake my up again at 7:30am. But I only do the 3 am thing a few times a year because my body is all fucked up the next day. Most of the time it's 1 am. But I try to get to bed by 9:30pm if I don't have chores to do. Then the baby wakes me at 11:30pm, 3:30am, 5:30 am, and again usually 7:30am.

I work around the clock because my baby is under the age of 1. When she can drink cow's milk starting at age 1 things will get easier.

Uberpenguin said: ©

Be honest: are the kiwis your only friends? Because I'm getting the feeling you don't actually have anyone else. I won't judge you, it's ok to admit you love the kiwis. They're secretly very very nice even if they use mean words sometimes.

I wouldn't say that KF people are my friends. They are part of the larger society in which I live. I engage with society in different ways.

I don't really have time to maintain friendships very much. My 6 children, Torah study, household chores, small business, and homeschooling and formerly trying to bridge a relationship with Marshall take up most of my life. I really don't have a lot of time for friendships unless people live close.

Ever since I started breastfeeding I became pretty home-bound. You really can't go anywhere with a breastfeeding baby. Nobody makes spaces for breastfeeding mothers. In 15 years I've only found 3 stores that have a breastfeeding room for mothers.

It's extremely stressful to try to function in society as a breastfeeding mother, even more so with COVID-19 because every body

Melinda Leigh Scott & Marshall Castersen | Page 716 | Kiwi Farms

removed benches and seats. If my baby starts crying for milk I panic about where I am going to nurse. I sat down in the middle of the self check out at Walmart last week in a chair nursing. I snatched the chair from the Bank across the asile. A really nice lady stopped and ask me if I needed help. Funny thing is she looked like an Ashkenazi Jew. Maybe her DNA knew mine and that made her feel compassion for me? Ha, anyways, she scanned and bagged all of my groceries for me while I sat and nursed my daughter.

Breastfeeding babies have to eat so frequently and the moment you put them in a car seat they cry. So basically I escape the house long enough to go to the grocery store, the library or shopping.

I talk to some Messianic ladies here and there but they are just as knee deep into raising children and farm animals that they don't have much free time either.

Uberpenguin said: ⊙

the second Marshall offered to take you back you'd come ruming

Isn't it better to try to salvage an older Covenant than look for a new one?

Uberpenguin said: ⊙

You're so empty and lonely that you come to Kiwi Farms just to have someone to talk to about your love life, you don't have any other pursuits or passions

I don't tell you guys here as much as I *could* say. I hold back a lot.

I don't thirst or hunger because I have eternal food. The Torah satisfies my soul. If I didn't have The Torah I would crumble.

Melinda Leigh Scott & Marshall Castersen | Page 716 | Kiwi Farms

*"Yeshua answered. "I am the bread which is life! Whoever comes to me will never go hungry, and whoever trusts in me will never be thirsty." (John 6:35)*

I come to Kiwi Farms to debate. Debate can drive your meditation, even debate with Goyim. I've thought about new and different angles of The Torah since chatting here. In fact, my arguments with you all have "inspired" a paper I am publishing next month. I'm not giving away the title early, but I think it will be a hit!

Baby Yoda, xtamarlover, super thug and 2 others

∞  #14,311

**Deadpool**

Demon Prince of Patriarchy. [True & Honest Fan]

kiwifarms.net

◀

Nov 26, 2020

TamarYaelBatYah said: ⊕

It's not for humans to try to reinvent morality based on their own feelings.

It is if you're an intelligent person who doesn't let an old book full of inaccuracies, and reprehensible morals in places tell you how to think.

It's perfect for idiots like you. Why think for yourself when you can just say "book good. Melinda listen to book. Melinda dumb.

TamarYaelBatYah said: ⊕

I sat down in the middle of the self check out at Walmart last week in a chair nursing. I snatched the chair from the Bank across the aisle. A really nice lady stopped and ask me if I needed help. Funny thing is she looked like an Ashkenazi Jew. Maybe her DNA knew mine and that made her feel compassion for me? Ha, anyways, she scanned and bagged all of my groceries for me while I sat and nursed my daughter.

This is retarded and you're retarded for believing it.

A woman saw a Karen throwing a hysterical tard tantrum, and steal a chair from another business, and decided to show you pity

**EXHIBIT # B11**

perfect response.

Stranger: "Show shithole!"

Baby Yoda: "No, U"

B'Elanna, Useful_Mistake and Baby Yoda



**macguyver16**

kiwifarms.net

May 7, 2021

Lol this shit is about to hit 1000

B'Elanna and Useful_Mistake

#19,962

**Double Dee**

Mucky, mucky, mucky!

kiwifarms.net

May 7, 2021

To think, there's an alternate timeline where Melinda took our help against her stalker, and this all never happened. I'm glad* it panned out this way, though.

(*except for the current lawsuit. I feel for Null having to deal with it yet again.)

B'Elanna, Botchy Galoop, Useful_Mistake and 1 other person

#19,963

**TamarYaelBatYah** ⊘

Melinda Leigh Scott

kiwifarms.net

May 7, 2021

> super thug said: ⊕

you're *everyone* else's definition of failure.

#19,964



Melinda Leigh Scott & Marshall Castersen | Page 999 | Kiwi Farms

Kiwi Farms is it "everyone else". You're belief that you are is very telling.

#TAG-EHIBIT

There's 8 billion people on the Earth. You don't speak for all of them. There's 100s of worldviews on Earth, and most of them aren't preoccupied with running around attacking people with their opinions about definitions of "success" and "failure". I've met lots of well adjusted people who don't speak and behave the way you do.

Your obsession with telling me your personal opinions about "success" and "failure" is just spiritual vomit from you. You come here for narcissistic supply and think I give a crap about your opinion, I don't.

Spergichu said: ⊙

It doesn't matter if someone posts a thousand different sins you commit. You'll just to a triple back handspring into a pair of ring swings and onto a balancing beam to explain why those don't actually apply to you because you can't cope with being a shitty person.

Cop out. You can't demonstrate any sin I'm doing or have committed, by definition of The Torah so you present word salad here. I'm not intimidated or impressed.

fnaarf said: ⊙

They're expensive and they don't smell good.

I'll just let this comment hang here

Melinda Leigh Scott & Marshall Castersen | Page 9991 Kiwi Farms

Karl der Grosse said: ⊕

They'll continue the generational violence and abuse.

TAG# EXHIBIT

Toasty said: ⊕

Her kids are definitely already on the path to generational poverty. Imagine any teen, male or female, getting sex ed from melinda. "So any time you have the urge to have sex, you should! Anyone who says otherwise is trying to repress you, and if you don't immediately give into these urges you will be mentally and physically unhealthy! Any efforts to avoid diseases or pregnancy while having sex any time the urge arises is a sin against god and will also make you barren and unhealthy! PS, if your spouse doesn't want to have sex with you when you happen to be feeling frisky, it

Click to expand...

Wow, that's a big narcissistic narrative and world salad there. So many projections from a barren woman. I see you're triggered by the fact that your womb is an empty tomb.

You guys don't make me feel bad about myself at all. I love myself and I'm blessed. I wake up every day praising Elohim.

Actually, the opposite is true: coming here debating you all actually makes me giddy. I get a natural high watching you Goyim fumble in your folly. I mean, 1000+ pages and you have NOTHING of substance which shows I am walking in sin. You can't prove any sin I've committed. Not a single one of you can defeat my wisdom given to me by Elohim. You're foolish, I see it and I walk away from these debates with you Goyim feeling as fierce and strong as a Lioness. I only wish I could debate some of you in live time sometimes.

You keep throwing rocks in between the debate material, and your rocks just fall like peebles at my toes.

Melinda Leigh Scott & Marshall Castersen | Page 227 | Kiwi Farms



## TamarYaelBatYah ✔

Melinda Leigh Scott
kiwifarms.net

Mar 18, 2020

**EXHIBIT # B12**

◁ Highlight ▷▷ ∞ #4,528

Karl_der_Grosse said: ⓔ

I keep insinuating it because it's most likely true. Have you reported your "marriage" to your state? Or are you claiming benefits as a single, no income mother despite effectively living in a married situation? A simple yes or no answer is all that's required.

See, when you grift in one situation, as in the thousands of dollars you received from Andrew, it's pretty likely that you're willing to be financially

Click to expand...

Actually, I have a 75–85% success rate in state court. So *y-o-u-r* information is inaccurate.

My reputation on Kiwi Farms is scarcely a cause for alarm. I'm not losing anything from a bunch of uneducated pagans having a bonfire around my name. Big deal, I could care less. I'm not a co-dependent. And I wouldn't even care if I was the only person in the world that loved and respected myself. It's called self partnering. But I'm not sure a moral ingrate like yourself could even fathom that concept.

*Y-o-u-r* beliefs about income are also incorrect. The State of Virginia has no "common law" marriage. You are either (1) "cohabitating" (not legally married *and* (a) both names on a lease or (b) one person on the lease and the other person lives there longer than 2 weeks and the relationship is implied romantic) or (2) you are legally married with the same legal residence/lease or (3) you are legally married but legally separated by having two leases.

As already stated, Marshall and I have been legally married from before living together so that he could legally adopt the children that were living in my house before we married. We have two separate leases (as has already been mentioned -- remember, do your homework carefully, it's not my job to coddle *y-o-u-r* ignorance). Under the law any income he makes and holds in a bank account is none of my legal business, nor my legal obligation to claim.

kiwifarms.net

**EXHIBIT #** ℰ13

⊗ #10,853

Sep 12, 2020

◀

Meruem said: ⊕

Yawn. Melinda is boring now.

Wake me up when @Rafal Gan Ganowicz is unbanned from this thread.

I'm out.

I want @Rafal Gan Ganowicz back too. I miss his hilarious posts along with his commanding presence. Rafal, if you read this im sending you a hug.

Deadpool and Rafal Gan Ganowicz



**Toasty**    This one is his.    True & Honest Fan
kiwifarms.net

Sep 12, 2020    ⊗ #10,854

◀

Anybody who misses Raf can definitely talk to staff about removing his threadban. I'd really appreciate it you guys did.

Deadpool, ForscytheBat and Rafal Gan Ganowicz

**Baby Yoda**
Grogu
kiwifarms.net

Sep 12, 2020    ⊗ #10,855

◀

When is Marshall coming back to talk about crushing melons and flat Earth? Would be nice to have a fresh injection of juicy, rock hard, no holds barred content. Ugh my ass is getting wet just thinking about the good ol' days of New Years Eve 2019.



**TamarYaelBatYah** ◉
Melinda Leigh Scott
kiwifarms.net

◀

10/13/2021

Melinda Leigh Scott & Marshall Castersen | Page 543 | Kiwi Farms

Sep 12, 2020

⟨⟩  Highlight  ⤓  ⚙  #10,856

Sloberrinj said: ⓒ

Went back a good while for this gem...Tamar you ignorant slut: you do realize that KF is full of some highly intelligent and accomplished individuals who value The First Amendment as a core value, yet they aren't as gullible as you are. They heed the warning first given to them when they create their account and protect their identities. This whole. "my dick's bigger than your dick" game is reserved for small brains like yourself, but it's taken you tens of thousands of posts, and you still don't get that you are a simple cat toy.

I highly doubt KF loyal fan base is intelligent, educated or accomplished.

The theme of this site is the anti-thesis of intelligence. Intelligent people don't socially abuse others. Intelligent people don't scapegoat others. Intelligent people don't try to "slut shame" women for Serial Monogamy.

I grew up in one of the most educated areas in the USA. I obtained both an IB Diploma and a Bachelor's degree. I'm a law school drop out. I know how Academics are. This site is like a Bar, not a college campus.

Your attempt at calling me a "cat toy" is something called "re-framing". It's pathetic. Not onl have you completely failed to "toy" with me. I came up on your site and handed your asses to you exposing your ignorance of The Torah and ignorance of female anatomy and just your general stupidity.

And I did it all proudly with an account that isn't anonymous. But I know why you hide behind fake profiles. Your sociopathic behavior is both shameful and wrong, and you know it.

May YHWH keep cursing you Goy!

May YHWH keep cursing all you Goyim!

🖕

"Indeed, you place them on a slippery slopea andmake them fall to their ruin." (Ps. 73:1

ConSluttant, Fannyscum, Dynamite Ninja and 9 others

## Toasty



EXHIBIT #: B14

Melinda Leigh Scott & Marshall Castersen | Page 335 | Kiwi Farms

10/13/2021



lamp said: ⊕

you had to file for poverty clauses to try and sue Null and require welfare checks...

My financial status was like that before Kiwi Farms. I take a tremendous pay cut being self employed and homeschooling.

Now with Corona Virus most people are now in my shoes. They are quarantined from physical sickness

I quarantine me and my clan from spiritual sickness. Social distancing...for spiritual reasons

Dynamite Ninja, Kosher Salt, Viridian and 4 others

**fnaarf**
Certified Femcel™
kiwifarms.net
◄
May 7, 2020

#6,690

TamarYaelBatYah said: ⊕

GMU is not in the Appalachia region. It's DC area. We are TRANSPLANTS to Appalachia region. Beautiful nature

View attachment 1277238

If I saw Marshall walking down the sidewalk I would cross the street to avoid him. He looks like a hobo.

wenttobermuda, Kosher Salt, Assman and 6 others

**Burmese Rice Farmer**
Myanmar's new head of state ┌True & Honest Fan┐
kiwifarms.net
◄
May 7, 2020

#6,691