## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Big Stone Gap Division)

| | |
|---|---|
| MELINDA SCOTT,<br><br>                Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF<br>SOCIAL SERVICES, *et al.*,<br><br>                Defendants. | Case No. 2:20-cv-00014-JPJ-PMS<br><br>ERRATA |

NOW COMES Joshua Moon, by and through undersigned counsel, and states as follows:

1) It appears that one page of Joshua Moon's declaration in this matter was inadvertently not scanned by undersigned counsel's computer and therefore was inadvertently missing in the ECF filing. As such, the affidavit, with all pages, is re-attached hereto.

2) The exhibits were correctly scanned and entered into the ECF system in the original filing.

3) On information and belief, the full declaration was served by US Mail with the original filing, including the missing page. In an abundance of caution, however, undersigned counsel has re-served it.

                              Respectfully submitted this the 13th day of October, 2021,

                                            JOSHUA MOON

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

## Certificate of Service

I hereby certify that I will file a true and correct copy of the foregoing document with the Court's CM/ECF system, which will electronically serve counsel of record. I have also deposited a true and correct copy of the foregoing document into the U.S. Mail, with First Class postage prepaid, directed to:

>Melinda Scott
>2014PMB87
>Post Office Box 1133
>Richmond, VA 23218

Dated: October 13, 2021

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon*