

# THE LAW OFFICE OF
# MATTHEW D. HARDIN
1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com

## INVOICE

Joshua Moon
Via Email only to: jcmoon@pm.me

Invoice date: 1/1/2020
Balance due: 1/10/2020

Project: *Scott v. Wise Co. Dept. of Social Services et al.*

Invoice Number: 2021-0101C

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Review Complaint & Default, Draft Mot. To Dismiss and Mot. To Set Aside | 10.7 | $ 300.00 | $ 3,210.00 |
| Review Scott Mot. To Strike & Draft "Combined Memo" | 3.9 | $ 300.00 | $ 1,170.00 |
| First Mot. Ext. Time | 0.1 | $ 300.00 | $ 30.00 |
| Protective Order | 2.7 | $ 300.00 | $ 810.00 |
| Second Mot. For Extension | 0.2 | $ 300.00 | $ 60.00 |
| | | Subtotal | $ 5,280.00 |
| | | Discount | $ 0.00 |
| | | Costs | $ 6.40 |
| | | Total | $ 5,286.40 |

Thank you for your business! It is my pleasure to assist with your legal needs. If you have any questions, please don't hesitate to reach out by phone or email.

Sincerely yours,

Matthew D. Hardin

1

THE LAW OFFICE OF
# MATTHEW D. HARDIN, PLLC
1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com

## INVOICE

Joshua Moon
Via Email only to: jcmoon@pm.me

Invoice date: 2/1/2021
Balance due: 2/10/2021

Project: *Scott v. Wise Co. Dept. of Social Services et al.*

Invoice Number: 2021-0201B

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Oppose Motion to Compel | 0.3 | $ 300.00 | $ 90.00 |
| Oppose Motion to Extend Time to Serve Summonses on Co-Defendants | 0.2 | $ 300.00 | $ 60.00 |
| Oppose Mot. To Quash | 0.3 | $ 300.00 | $ 90.00 |
| Reply in Support of Mot. to Dismiss | 8.7 | $ 300.00 | $ 2,610.00 |
| Mot. For Order to Show Cause | 0.3 | $ 300.00 | $ 90.00 |
| Reply in Support of Mot. to Show Cause | 5.1 | $ 300.00 | $ 1,530.00 |
| | | Subtotal | $ 4,470.00 |
| | | Discount | $ 0.00 |
| | | Costs (waived) | $ 0.00 |
| | | Total | $ 4,470.00 |

Thank you for your business! If you have any questions, please don't hesitate to reach out by phone or email.

Sincerely yours,

*Matthew D. Hardin*

Matthew D. Hardin

# THE LAW OFFICE OF
# MATTHEW D. HARDIN, PLLC
1725 I Street NW, Suite 300 · Washington, DC 20006
Phone: (202) 802-1948 · Email: MatthewDHardin@protonmail.com

## INVOICE

Joshua Moon
Via Email only to: jcmoon@pm.me

Invoice date: 10/1/2021
Balance due: 10/10/2021

Project: *Scott v. Wise Co. Dept. of Social Services et al.*

Invoice Number: 20211010F

| Description | Hours | Rate | Cost |
|---|---|---|---|
| Mot. Ext. Time | 0.3 | $ 300.00 | $ 90.00 |
| Mot. Appeal Bond | 0.3 | $ 300.00 | $ 90.00 |
| Reply in Support of Appeal Bond | 2.3 | $ 300.00 | $ 690.00 |
| Mot. to Supplement Record | 0.2 | $ 300.00 | $ 60.00 |
| Mot. To Take Judicial Notice | 0.2 | $ 300.00 | $ 60.00 |
| Reply in Support of Mot. to Supp. And Mot. To Take Jud. Not. | 0.3 | $ 300.00 | $ 90.00 |
| Mot. to Strike | 0.1 | $300 | $ 30.00 |
| 4th Cir. Mot to Dismiss | 0.3 | $300 | $ 90.00 |
| 4th Cir. Mot. To Sus. Briefing | 0.2 | $300 | $ 60.00 |
| | | Subtotal | $ 1,260.00 |
| | | Discount | $ 0.00 |
| | | Costs (waived) | $ 0.00 |
| | | Total | $ 1,260.00 |

1

Thank you for your business! If you have any questions, please don't hesitate to reach out by phone or email.

Sincerely yours,

Matthew D. Hardin