CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 18 2021

JULIA C. DUDLEY, CLERK
BY: /s/ A. Meade
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MELINDA SCOTT, ) | |
| ) | |
| PLAINTIFF. ) | |
| ) | |
| V. ) | CL NO. 2:20cv14 |
| ) | |
| WISE CO. DSS, ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

### PLAINTIFF's SECOND NOTICE OF NON-CONSENT TO MAGISTRATE JUDGE JURISDICTION

COMES NOW, the Plaintiff, Melinda Scott and states:

1. Under Rule 73, of the Federal Rules of Civil Procedure: "When a magistrate judge has been designated to conduct civil actions or proceedings, the clerk must give the parties written notice of their opportunity to consent under 28 U.S.C. §636(c)"

    a. Up until this date, the Plaintiff has *not* been served any notice by a clerk of this court regarding the appointment of a Magistrate Judge being designated to oversee in this case.

2. Further, Rule 73 states: "To signify their consent, the parties must jointly or separately file a statement consenting to the referral" and "A district judge, magistrate judge, or other court official may remind the parties of the magistrate

judge's availability, *but must also advise them that they are free to withhold consent without adverse substantive consequences.*"

  a. The Plaintiff, has not given, and does not give, her consent to a Magistrate Judge to preside over this civil action.

3. 28 USC §636(b)(4) and Local Rule 73 ("Magistrate Judges") require written consent of the litigants involved to have a Magistrate Judge oversee any and all proceedings in a civil case.

4. Plaintiff hereby informs this court that she has not previously given and does *not* give her consent for a magistrate judge to conduct any and all proceedings in the above named case.

5. The Plaintiff's first notice regarding the appointment of a magistrate judge over this civil case, unintentionally omitted the "(b)" of 28 USC §636[(b)(4)]. This second notice corrects the omission of the letter "b".

SIGNED,

*signature*

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this SECOND NOTICE to Counsel for the Defendant, Matthew D. Hardin, VSB #87482, 1725 I Street NW, Suite 300, Washington, D.C., 20006, and at matthewdhardin@gmail.com on this __14th____ day of OCT., 2021.

SIGNED,

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu