UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

MELINDA SCOTT,

    Plaintiff,

v.

WISE COUNTY DEPARTMENT OF
SOCIAL SERVICES, et al.,

    Defendants.

Case No. 2:20-cv-00014-JPJ-PMS

**First Supplemental
Declaration of Joshua Moon**

NOW COMES Defendant Joshua Moon, and states as follows:

1. My name is Joshua Moon, and I am one of the Defendants in the above-captioned matter.

2. I previously signed a declaration in this matter on October 13, 2021. I now reaffirm the veracity of all statements contained in that declaration and incorporate by reference herein the entirety of that declaration.

3. Since October 13, Ms. Scott (using a profile named "Tamar Yael BatYah", which I have verified to be an alter ego of Ms. Melinda Scott) has continued to post comments on the Kiwi Farms website.

4. Ms. Scott has also called herself "Tamar" in a video she has posted to YouTtube. See https://www.youtube.com/watch?v=jd4u00QuwSo (archived at https://kiwifarms.net/archive/Tamar/Slander_on_Rekeita_Law-jd4u00QuwSo.mp4). This video bolsters the conclusion that Melinda Scott and "Tamar Yael BatYah" are the same person.

5. Specific recent statements of Ms. Scott include comments in which Ms. Scott brags that I will never be able to collect any judgment that I obtain in this matter, comments in which Ms. Scott repeatedly discusses extremely personal details of her sexual activities, and comments in which Ms. Scott threatens armed actions against any debt collectors that might be engaged against her. Among her most notable comments, Ms. Scott stated:

   a. "Yes, someone can transfer all their assets to their children and spouse before they die. Then their Debtor's can sit there and jerk off to a Court Order." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10227759)

   b. "They will be left with a piece of paper and an empty hand." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10201203).

   c. "Anyone showing up on behalf of KiwiFarms.net is a risk of bodily injury or death to me. So I will shoot and all your insane ramblings are garbage lies that will not deter me. Cease and Desist letters apply to attorney's fees and anyone acting for an attorney." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10222722).

   d. "I'd like to see Joshua Moon man up and step toe to toe with Marshall. Come on Joshua Moon, Marshall won't waste his time with lawsuits in a court system he thinks is 100% guarunteed to be evil. You can settle it in VA like a real man with Marshall, all fists and no attorney's fees. What do you say?"

   (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10201203).

e. "Marshall is very sexy. He has a nice juicy butt, thick thighs like boulders and btw, a nicely shaped dong. It was my pleasure to ride his cock all the way to pregnancy." (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10271802).

6. The foregoing statements, and all of Ms. Scott's other statements, have been made a part of Kiwi Farms' records and are maintained in our internal databases and made available on the Internet.

7. The foregoing statements all lead me to seek attorney's fees and protection in the form of a pre-filing injunction from this Court. Ms. Scott complains of "harassment" and "cyberstalking" but regularly posts, of her own volition, intimate personal details. Ms. Scott has made it a habit to challenge me to personal combat with third parties. Ms. Scott has threatened to shoot me if I attempt to collect a judgment from her. Ms. Scott has told me that even if this Court issues an order granting me relief, I will only be able to "[expletive] to a court order" and will be left with "an empty hand."

8. I certify that all exhibits hereto are true and correct copies of the records of the Kiwi Farms.

9. Further I say nothing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Oct. 22, 2021

*Joshua Moon* (signature)
Joshua Moon



**Iamfrigide**
Mistaking self indulgence for self care.
kiwifarms.net

DSP's Tax Lawyer, SargonF00t, ConSluttant and 8 others

@TamarYaelBatYah What trauma caused you to retreat into this power fantasy world of yours where the world somehow bends to your will every time, and every time it looks like it might not, you say something like "Well I didn't want it to THAT time, so...."

#23,229



**Drowningman**
I'm a Monster Not a Man.
kiwifarms.net

Prehistoric jazz, Kosher Salt, DSP's Tax Lawyer and 5 others

Saturday at 4:27 PM

If Fake jew had to pay for all her bullshit filings, she wouldn't file anything.
An accounting of her assets from what she has shown and told us especially in the last 24 hours will be quite interesting but I expect fake jew to run and go somewhere else and file more bs lawsuits.
If she did shoot at anyone in law enforcement, she might be able to pull off the mentally insane defense.

#23,230



**TamarYaelBatYah** ✡
Melinda Leigh Scott
kiwifarms.net

Saturday at 4:37 PM

Iamfrigide said: ⓘ

@Useful_Mistake May I ask you a question? You seem extremely well versed in law. If Josh is awarded damages, and is allowed to pursue @TamarYaelBatYah regarding them. Could Mel, in a brilliant 4d chess move of spite, purposely liquidate or give away her property until all that is left is protected under the law? She does seem demented and stupid enough to (further) push her family into poverty and chalk that up as a win.

Yes, someone can transfer all their assets to their children and spouse before they die. Then their Debtor's can sit there and jerk off to a Court Order.

Funny how you think that Joshua Moon can try to manipulation the court system in playing games with the court about where he lives and yet it's somehow acceptable.

OH MY FUCKING GRAVY, I forgot. You're sociopathic narcissistic Stalkers with double standards. Ok whew. For a second I was talking to you like you were sane healthy people. Silly me.

Iamfrigide said: ⓘ

EXHIBIT #1A

10/22/2021
https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-1125#post-10201203
Melinda Leigh Scott & Marshall Castersen | Page 1125 | Kiwi Farms



**TamarYaelBaty
ah** ✓
Melinda Leigh Scott
kiwifarms.net

> Rabid Weasels said: ⊕
>
> What's his favorite meal? Bad Faith Meatloaf? Vexatious Taco Tuesdays?

He likes my homemade Calzones the best (I think).

> CyrusKissFanClub said: ⊕
>
> Neither you nor Marshall has ever eaten at a restaurant with 3 Michelin stars. You have no clue about good food. And you don't cook Ashkenazi, Sephardic, or Mizrahi food. You cook white trash pig slop. You and Marshall are fat but the children look scrawny and underfed. The children aren't even getting their fair share of pig swill.

Marshall fat? More like he's a nice thick man. Who obviously likes his woman thick in the right places.

One of the hottest things about Marshall's thick body is his thick legs and big juicy ass. Obviously you don't know that some women like a thick man. **Women are visual**, don't you know.

Oh wait, I just scrolled up to the see whose profile this was I'm writing to. No, you're a Talmudic scholar, wholly sexist. So you don't know women are visual.
Here's some Sex Ed for you: WOMEN ARE VISUAL. We like looking at strong legs on a man, a nice wide manly looking ass, and long flowing luscious hair on his head. Marshall can grow some handsome luscious locks of hair. Mmmhm.

I'm not going to get into a pissing contest about what I cook. You have a narcissistic preoccupation with competition and I won't engage.

Both Marshall and I have both lived in very affluent areas where high end restaurants were accessible in many places. He in SF Bay area, me in Metropolitan Northern VA/DC. We've both had our share of big city high culture and fine dining. Thanks for trying to get to know us before making assumptions!

But he's like me in that he knows city life gets old and nothing compares to good home cooking shared in the comfort of one's home. No 5 star restaurant can compare to that.

My children eat fine BTW. My boys are all strong as mules My girls have complete opposite body types and they both are beautiful and healthy. My $1200-$1400/mo grocery bill isn't meager by any means.

Says the lady not getting laid because she's too selfish to share her body with a fetus. If anyone missed the point, it's you: the sexless woman with an empty womb.

I surely saw you still licking your wounds on here for being childless. Oh yes, I watch, I take notes. You're a typical Goy woman trying to justify the disgrace of your empty womb.

EXHIBIT #1B
6/12

> DSP's Tax Lawyer said: ⊕
>
> @TamarYaelBatYah Don't go. I heard Russell Greer was going to start stalking you in hopes of getting a date. You should sue him to prevent this

Hey, I really think him suing Joshua Moon was great.

Best line of the Judge's Opinion:

"The Court sympathizes with Mr. Greer's plight".

I guess that female judge is more empathetic than the narcissistic shit I've been dealing with on this side of the country.

This program is preventing me from attaching a screenshot, or I would.

> RodgerDodger said: ⊕
>
> She's hoping one of us says something nasty so she can cut and paste it into her appeals filing due Monday. Don't take the bait.

KF clearly distresses Mel so much that she feels it necesary and appropriate to come here unprompted and share intimate details of her and Marshall's sex life. Which nobody asked for. Nobody would ever ask for. Y'know Mel, normal people don't do that. Ever.

Who the fuck cares what "normal" is.
Who the fuck wants to be within the range of "normal" in a fucked up society? No, I can do better than what's "normal".

Aside from the fact that discussing women's sexuality in a philosophical and scientific manner is completely acceptable in the world of academia, I was in fact asked by @Baby Yoda to discuss some aspect of my relationship with Marshall.

Using scientific terminology to discuss women's sexuality is not "intimate details". "Intimate details" would be me describing just how exactly I performed a blow job on Marshall. You were not given information on that. So no, I did not cross any moral boundaries.

If words like "sex" stated in public bother you, you should consider sex therapy.

> Space Cooter said: ⊕

> Why on earth would you come back to post that?

Well, now, let's see, if I'm not mistaken - and I'm not - I'm pretty sure that Kiwi Farms entire platform against me was on the basis of attacking how I express my sexuality as a woman. Your old fashioned misogynistic worldview boxing women into some Dark Ages view of woman's sexuality was made quite clear.

So the real issue is here, not that my sexuality is being spoken of on Kiwi Farms, the issue is, you don't like when you can't control the narrative about my sexuality and women's sexuality in general.

Useful_Mistake said: ⊕

This only benefits us. She'd be showing the judge even more proof that she has no idea how anything concerning her cause of action functions

You can believe that to your disadvantage. By all means, stay blind.

Baby Yoda said: ⊕

@TamarYaelBatYah Thank you for taking the time to eloquently respond to this. I agree with you here. I hate the way this comic compartmentalizes sex between "he,her" and commodifies it between the genders. Sex should be something natural and normal that people engage in. They should also be more welcoming of people with different sexual appetites and not just the bland "BJ". Show prolapses, show trannies, be more welcoming!!!

Click to expand...

"Sex should be something natural and normal that people engage in."

Yes, women = people

Deadpool said: ⊕

Holy shit the exceptional whore returns. I thought you were leaving manlet Marshall. You had your exceptional white board and everything. It's almost like your full of shit, and always will be.

So how are you gonna come up with the (nearly) $10,000 when the court grants Hardin the appeal bond?

It's really a non-issue. Virginia Homestead Exemption Act and Virginia's Poor Debtors for laws protect everything

I own. They will be left with a piece of paper and an empty hand.

> Useful_Mistake said: ⊕
>
> That's kinda short. It should be, at least, as long as this one, given that in her recent motion she admitted to loving Null
>
> Love for Joshua Moon? No way. I don't love him at all. For one, his voice sounds like one of my exes and the sound of his voice is annoying. I can't listen longer than 5 seconds before wanting to barf.
>
> For two, I find Joshua Moon morally inferior to me. I can't manufacture feelings of love toward a man I see as lacking in morality.

> DSP's Tax Lawyer said: ⊕
>
> @TamarYaelBatYah I think Marshall and Russell should have a 30 second cage fight followed by a 3 month lawsuit to see who gets your hand in marriage. Thats the only way for them to prove their undying love for you
>
> I don't think that's a good idea.
>
> I'd like to see Joshua Moon man up and step toe to toe with Marshall.
>
> Come on Joshua Moon, Marshall won't waste his time with lawsuits in a court system he thinks is 100% guaranteed to be evil. You can settle it in VA like a real man with Marshall, all fists and no attorney's fees. What do you say? @Null

AprilRains, Dynamite Ninja, HARSH NOISE and 15 others

Oct 13, 2021                                                                 ⚭ #22,495

> TamarYaelBatYah said: ⊕
>
> I'd like to see Joshua Moon man up and step toe to toe with Marshall.
>
> Come on Joshua Moon, Marshall won't waste his time with lawsuits in a court system he thinks is 100% guaranteed to be evil. You can settle it in VA like a real man with Marshall, all fists and no attorney's fees. What do you say? @Null

Like a coward, you expect a man to fight your battles for you.

**Kosher Salt**
(((NaCl)))
kiwifarms.net

FatMan, Le Pew, ConSlutant and 6 others

Oct 13, 2021                                                                 ⚭ #22,496

https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-1151#post-10222722

---



**True & Honest Fan**

kiwifarms.net

Illuminati Order Official, Baby Yoda, ArthurEdwards and 1 other person

### talk talk talk

Remember me, imperialist running dog yankees?

kiwifarms.net

Oct 15, 2021

> TamarYaelBatYah said: ⊙
> Ok, I looked it up. Doesn't include judgments for attorney's fees. So it doesn't apply.

You're certainly welcome to try bringing an FDCPA action against a creditor attempting to collect his own debts which "cannot reasonably be understood as 'debts' arising from consensual consumer transactions for goods and services" (*Gulley*, 664 F.3d at 1075) and get sanctioned by another federal court.

That will amuse us greatly. Get out your Big Chief tablet and Number Two pencil and get cracking!

CyrusKissFanClub, ConSluttant, Useful_Mistake and 3 others

#23,008

---

 

### DSP's Tax Lawyer

kiwifarms.net                    Asperchan, SargonF00t and Kosher Salt

Oct 15, 2021

> joebobmurphy said: ⊙
> For the love of Yahweh, cook your kids some dinner.

Can't, her and Marshall are too busy whipping up another batch of meth. Why do you think she is so crazy about keeping people off her property and threatening to shoot the police?

#23,009

---



### TamarYaelBatYah ✓

Melinda Leigh Scott
kiwifarms.net

Oct 15, 2021

> joebobmurphy said: ⊙
> Nice try though.
> Nice try though.
> Nice try though.
> Nice try though.
> ...

It's 10:30EST. They are already and yes, you're stupid.

#23,010

The Un-Clit said: ⊙

> Click to expand...

Smelly Melly, I've been employed (something you will never know) as an agent for Capital One as a collections supervisor and had to pass certification (something you will never know) under the FDCPA and frankly know alot more about the fair debt

---

**EXHIBIT #1C**

https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/page-1151#post-10222722

10/22/2021

Melinda Leigh Scott & Marshall Castersen | Page 1151 | Kiwi Farms

collections act then.....well...YOU and can clearly say,

Not buying it

> ShinyStar said: ⊕
>
> Self defense only occurs when someone is at risk of grievous bodily injury or death. Someone showing up at your home to collect property in order to pay a debt that a court has already certified that you owe would not by definition be a physical threat to you at all. It would be a threat to property that no longer belonged to you. Technically, the person collecting the property wouldn't even be a threat to the property - you would be the person posing a threat to Josh's property.

Firstly, collection agents for court judgments don't go around gathering property. They can only ask for the money, unless you file a Cease and Desist.

Secondly. Anyone showing up on behalf of KiwiFarms.net is a risk of bodily injury or death to me. So I will shoot and all your insane ramblings are garbage lies that will not deter me.

Cease and Desist letters apply to attorney's fees and anyone acting for an attorney.

These even have a link on the Attorney General's website to file a Complaint. How convenient!



Says the lady not getting laid because she's too selfish to share her body with a fetus. If anyone missed the point, it's you: the sexless woman with an empty womb.

I surely saw you still licking your wounds on here for being childless. Oh yes, I watch, I take notes. You're a typical Goy woman trying to justify the disgrace of your empty womb.



**TamarYaelBaty ah** 🟢
Melinda Leigh Scott
kiwifarms.net

> Rabid Weasels said: ⊙
> What's his favorite meal? Bad Faith Meatloaf? Vexatious Taco Tuesdays?

He likes my homemade Calzones the best (I think).

> CyrusKissFanClub said: ⊙
> Neither you nor Marshall has ever eaten at a restaurant with 3 Michelin stars. You have no clue about good food. And you don't cook Ashkenazi, Sephardic, or Mizrahi food. You cook white trash pig slop. You and Marshall are fat but the children look scrawny and underfed. The children aren't even getting their fair share of pig swill.

Marshall fat? More like he's a nice thick man. Who obviously likes his woman thick in the right places.

One of the hottest things about Marshall's thick body is his thick legs and big juicy ass. Obviously you don't know that some women like a thick man. **Women are visual**, don't you know.

Oh wait, I just scrolled up to the see whose profile this was I'm writing to. No, you're a Talmudic scholar, wholly sexist. So you don't know women are visual.
Here's some Sex Ed for you: WOMEN ARE VISUAL. We like looking at strong legs on a man, a nice wide manly looking ass, and long flowing luscious hair on his head. Marshall can grow some handsome luscious locks of hair. Mmmhm.

I'm not going to get into a pissing contest about what I cook. You have a narcissistic preoccupation with competition and I won't engage.

Both Marshall and I have both lived in very affluent areas where high end restaurants were accessible in many places. He in SF Bay area, me in Metropolitan Northern VA/DC. We've both had our share of big city high culture and fine dining. Thanks for trying to get to know us before making assumptions!

But he's like me in that he knows city life gets old and nothing compares to good home cooking shared in the comfort of one's home. No 5 star restaurant can compare to that.

My children eat fine BTW. My boys are all strong as mules. My girls have complete opposite body types and they both are beautiful and healthy. My $1200-$1400/mo grocery bill isn't meager by any means.



**EXHIBIT #1D**

> DSP's Tax Lawyer said: ⊕
>
> @TamarYaelBatYah Don't go. I heard Russell Greer was going to start stalking you in hopes of getting a date. You should sue him to prevent this

Hey, I really think him suing Joshua Moon was great.

Best line of the Judge's Opinion:

"The Court sympathizes with Mr. Greer's plight".

This program is preventing me from attaching a screenshot, or I would.

I guess that female judge is more empathetic than the narcissistic shit I've been dealing with on this side of the country.

> RodgerDodger said: ⊕
>
> She's hoping one of us says something nasty so she can cut and paste it into her appeals filing due Monday. Don't take the bait.

KF clearly distresses Mel so much that she feels it necesary and appropriate to come here unprompted and share intimate details of her and Marshall's sex life. Which nobody asked for. Nobody would ever ask for. Y'know Mel, normal people don't do that. Ever.

Who the fuck cares what "normal" is.
Who the fuck wants to be within the range of "normal" in a fucked up society? No, I can do better than what's "normal".

Aside from the fact that discussing women's sexuality in a philosophical and scientific manner is completely acceptable in the world of academia, I was in fact asked by @Baby Yoda to discuss some aspect of my relationship with Marshall.

Using scientific terminology to discuss women's sexuality is not "intimate details". "Intimate details" would be me describing just how exactly I performed a blow job on Marshall. You were not given information on that. So no, I did not cross any moral boundaries.

If words like "sex" stated in public bother you, you should consider sex therapy.

> Space Cooter said: ⊕

> Why on earth would you come back to post that?

Well, now, let's see, if I'm not mistaken - and I'm not - I'm pretty sure that Kiwi Farms entire platform against me was on the basis of attacking how I express my sexuality as a woman. Your old fashioned misogynistic worldview boxing women into some Dark Ages view of woman's sexuality was made quite clear.

So the real issue is here, not that my sexuality is being spoken of on Kiwi Farms, the issue is, you don't like when you can't control the narrative about my sexuality and women's sexuality in general.

Useful_Mistake said: ⤷

This only benefits us. She'd be showing the judge even more proof that she has no idea how anything concerning her cause of action functions

You can believe that to your disadvantage. By all means, stay blind.

Baby Yoda said: ⤷

@TamarYaelBatYah Thank you for taking the time to eloquently respond to this. I agree with you here. I hate the way this comic compartmentalizes sex between "he,her" and commodifies it between the genders. Sex should be something natural and normal that people engage in. They should also be more welcoming of people with different sexual appetites and not just the bland "BJ". Show prolapses, show trannies, be more welcoming!!!

Click to expand...

"Sex should be something natural and normal that people engage in."

Yes, women = people

Deadpool said: ⤷

Holy shit the exceptional whore returns. I thought you were leaving manlet Marshall. You had your exceptional white board and everything. It's almost like your full of shit, and always will be.

So how are you gonna come up with the (nearly) $10,000 when the court grants Hardin the appeal bond?

It's really a non-issue. Virginia Homestead Exemption Act and Virginia's Poor Debtors for laws protect everything

I own. They will be left with a piece of paper and an empty hand.

> Useful_Mistake said: ⊕
>
> That's kinda short. It should be, at least, as long as this one, given that in her recent motion she admitted to loving Null
>
> Love for Joshua Moon? No way. I don't love him at all. For one, his voice sounds like one of my exes and the sound of his voice is annoying. I can't listen longer than 5 seconds before wanting to barf.
>
> For two, I find Joshua Moon morally inferior to me. I can't manufacture feelings of love toward a man I see as lacking in morality.

DSP's Tax Lawyer said: ⊕

@TamarYaelBatYah I think Marshall and Russell should have a 30 second cage fight followed by a 3 month lawsuit to see who gets your hand in marriage. Thats the only way for them to prove their undying love for you

I don't think that's a good idea.

I'd like to see Joshua Moon man up and step toe to toe with Marshall.

Come on Joshua Moon, Marshall won't waste his time with lawsuits in a court system he thinks is 100% guaranteed to be evil. You can settle it in VA like a real man with Marshall, all fists and no attorney's fees. What do you say? @Null

AprilRains, Dynamite Ninja, HARSH NOISE and 15 others

Oct 13, 2021    #22,495

> TamarYaelBatYah said: ⊕
>
> I'd like to see Joshua Moon man up and step toe to toe with Marshall.
>
> Come on Joshua Moon, Marshall won't waste his time with lawsuits in a court system he thinks is 100% guaranteed to be evil. You can settle it in VA like a real man with Marshall, all fists and no attorney's fees. What do you say? @Null

Like a coward, you expect a man to fight your battles for you.

**Kosher Salt**
(((NaCl)))
kiwifarms.net

Oct 13, 2021

FatMan, Le Pew, ConSluttant and 6 others

#22,496

D

**DSP's Tax Lawyer**
kiwifarms.net
Illuminati Order Official

I wonder if Null can include in collection fees to tie her tubes

Today at 12:56 PM  #23,907

> DSP's Tax Lawyer said: ⊕
> I wonder if Null can include in collection fees to tie her tubes

I wish

DSP's Tax Lawyer, Kosher Salt and artilleryfroth

**Useful_Mistake**
Exhibit in a fight between a Jew and Anti-NZ Dog.
True & Honest Fan
kiwifarms.net

Today at 1:02 PM  #23,908

> DSP's Tax Lawyer said: ⊕
> I wonder if Null can include in collection fees to tie her tubes

No, but Israel is known to enforce compulsory sterilization on fake Jews.

The State of Georgia will do it (illegally).

DSP's Tax Lawyer, Drówningman and Useful_Mistake

**Anonymus Fluhre**
No man fears what he has seen grow
True & Honest Fan
kiwifarms.net

Today at 1:12 PM  #23,909

> Useful_Mistake said: ⊕
> They are very much devoid of any facts, and mostly consist of you attacking strawmans or failing to read.

Frivolousness can be found in meritless filings or arguments, which is what Jones called your lawsuit. See Lynward James Daye,

EXHIBIT #1.E

**TamarYaelBatY**
ah ♥
Melinda Leigh Scott
kiwifarms.net

Click to expand...

You literally just repeated what I said about the Appeals court saying there were insufficient allegations in the Complaint to qualify him as a state actor.

The rest of it is... ramblings ON YOUR PART. PASS

> AnOminous said: ⊕
>
> Give birth to another exceptional individual you stupid fucking whore.
>
> Reminder, you spat monstrosities out of your twat from eggs inseminated by this drugged out exceptional individual:
> View attachment 2647921
> Look at this thing. Your uterus produced offspring from this filthy animal. This exceptional individual. This sped

You stupid fucking whore.

He doesn't do drugs

Pregnancy is a blessing. How could I regret one of my children?

On a side note ...look at that handsome man, yummy! All that lucious hair on his head and face. Marshall is very sexy. He has a nice juicy butt, thick thighs like boulders and btw, a nicely shaped dong. It was my pleasure to ride his cock all the way to pregnancy.

You know, he's a son of Israel. So his little swimmers, or "seed" if you want (for you prudes out there judging me for talking about sex candidly) is set apart as holy. I'm not permitted to have sex with Goyim. Their seed is unclean (and so are their hearts!). I chose a son of Israel because out of all men on Earth, they are the least amount of trouble as husbands.

Most men are useless. If you can find one worth tolerating, well that's good!

> Null said: ⊕
>
> But what about when it is over? What's your plan when you've lost again?

What'd you do, bribe the Judges?

> DaddyDickDown said: ⊕
>
> Squat and have more babies with big bottom.