UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

| | |
|---|---|
| MELINDA SCOTT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-00014-JPJ-PMS<br><br>**Supplemental Declaration of Counsel** |

NOW COMES Matthew D. Hardin, Counsel for Defendant Joshua Moon, and states as follows:

1. I represent Joshua Moon in the above-captioned matter.

2. Since the time I signed my last declaration in this matter, I expended an additional 9.9 billable hours on the instant case. These hours will be billed to Mr. Moon as part of my regular monthly invoice at the beginning of November (9.9 hours at $300 per hour will result in additional billings of $2970). I also expended more time for which I have voluntarily waived billing, on tasks including conferences with my client and telephone calls with the Virginia state courts.

3. The above-referenced billable hours break down as follows:

    a) Draft and file Motion for Attorney's Fees and Costs (ECF Nos. 90-91): 8.3 hours

    b) Draft and file Reply in Further Support of Motion for Attorney's Fees and Declarations in Support (ECF No. 99): 1.1 hours

    c) Draft and file Response to Motion for Sanctions (ECF No. 93): 0.2 hours

    d) Draft and file Reply in Further Support of Motion to Set the Amount of the Appeal Bond (ECF No. 92): 0.3 hours

4. I also requested certified copies from the Buchanan County General District Court for use in this matter. The Buchanan County General District Court charges $1 for the first page of a certified copy, and $.50 per page for subsequent pages. Although the court mailed the documents to me without requiring pre-payment, I will remit the amount due (which appears to be $5.50) and bill my client accordingly. This declaration will be supplemented with proof of payment upon request.

5. Ms. Scott continues to conduct this case with vitriol and a general lack of courtesy. The Plaintiff, who previously expressed great concern that the postmarks on her envelopes could be used to track her whereabouts (ECF No. 38) and who is the beneficiary of an order keeping her own postmarks out of the public record in this case (ECF No. 46), has begun to use postmarks on my own envelopes (used to serve her via U.S. Mail) to track my whereabouts and to make vulgar assertions about me. Specifically, the Plaintiff has posted a photograph online which shows my envelope and its postmark (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10217525). She has also used that postmark to make vulgar assertions regarding my relationship with my client (https://kiwifarms.net/threads/melinda-leigh-scott-marshall-castersen.32118/post-10219670). Although my skin as a litigator and former prosecutor is thick, I am disturbed at the Plaintiff's escalating threats to shoot anyone who attempts to collect a judgment from her (as detailed in my client's declaration), especially when coupled with the Plaintiff's boastful and quite public attempts to track my whereabouts.

6. Further I say nothing.

I declare that the foregoing is true to the best of my knowledge and belief and under penalty of perjury within the meaning of Va. Code §8.01-4.2 and 28 U.S.C. §1746.

Dated: October 22, 2021

                                                     <u>/s/ Matthew D. Hardin</u>
                                                   Matthew D. Hardin
                                                   *Counsel to Joshua Moon*