

# COMMONWEALTH of VIRGINIA

| | | |
|---|---|---|
| General District Court<br>Henry A. Barringer, Judge<br>George R. "Buck" Brittain, II, Judge<br>Judith Lyall, Clerk | BUCHANAN COUNTY<br>GENERAL DISTRICT COURT<br>JUVENILE & DOMESTIC RELATIONS DISTRICT COURT<br>POST OFFICE BOX 654<br>GRUNDY, VIRGINIA 24614<br>Telephone: 276-935-6526<br>Fax: 276-935-5479 | Juvenile & Domestic Relations Court<br>Michael J. Bush, Judge<br>Martha P. Ketron, Judge<br>Laura Faye Robinson, Judge |

October 25, 2021

Re: GV17000781-00

To whom it may concern:

As of today October 25, 2021, there has been no Notice of Satisfaction filed with the above referenced case. If you have any questions, please call 276-935-6530.

Thank you,

*Jennifer Mays*

Jennifer Mays, Deputy Clerk