


Exhibit A

 🔒 eapps.courts.state.va.us  

# GENERAL DISTRICT COURT
# ONLINE CASE INFORMATION SYSTEM

**Buchanan General District Court**

## Civil Case Details

**Case Information**

| | |
|---|---|
| Case Number: GV17000781-00 | Filed Date: 09/28/2017 |
| Case Type: Warrant in Debt | Debt Type: Contract |

**Plaintiff Information**

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| SCOTT, MELINDA L | | APPLACHIA, VA 24216 | | NONE |

**Defendant Information**

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| APPLACHIAN RENTAL SOLUTIONS | | GRUNDY, VA 24614 | | NONE |

**Hearing Information**

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 10/23/2017 | 01:00 PM | | Other | |

**Service/Process**

**Reports**

**Judgment Information**

| Judgment: Case Dismissed | Costs: | Attorney Fees: |
|---|---|---|
| Principal Amount: | Other Amount: | Interest Award: |
| Possession: | Writ Issued Date: | Homestead Exemption Waived: |
| Is Judgment Satisfied: | Date Satisfaction Filed: | Other Awarded: |
| Further Case Information: | | |

**Garnishment Information**

**Appeal Information**

| Appeal Date: | Appealed By: |
|---|---|

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms | Judicial Branch Agencies | Programs

Build #: 0.0.0.5

chrome://media-app 1/1