

Exhibit D

August 24, 2017

By mutual agreement the lease between Appalachian Rental Solutions, LLC and Melinda and Marshall Scott is being dissolved. By signature below, the parties hereby acknowledge and agree that they fully and finally waive and release any and all claims, whether known or unknown, that each one may have against the other and also acknowledge that by signing this agreement they understand all terms and conditions herein.

A security deposit of $800.00 and August rent of $800.00 was paid for a total of $1,600.00. The following itemizes the refund being made back to Melinda Scott on this date via a cashier's check.

There are 31 days in August and you did not move into the 5th of the month and there are 7 days left in August (last date staying 08.24.2017) so $800 /31 = $25.81 daily.

$25.81 X 5 = $129.50
$25.81 X 7 = $180.67
Total Rent Refund = $310.17 (rent through 08.24.2017)
Security deposit = $800.00
Total refund = $1,110.17

_Melin Smith_ 7/25/17
Appalachian Rental Solutions, LLC, Representative
Signature & Date

_[signature]_ 8/25/17    _Marshall Scott_ 8-25-17
Tenant Signature & Date

_Pan Stiltner_ 8/25/17
Witness (Signature & Date)

PC: Appalachian Rental Solutions, LLC
    Melinda Scott