10/23/2017

Mail - mscottw@masonlive.gmu.edu

Time / Date / Friday

Exhibit E
(3 pages)

# Re: Vacate date

**mscottw**
Wed 8/23/2017 9:43 AM
To: Smith, Melissa <Melissa.Smith@ >;

Ok, yes, I see your reasoning. A Cashier's check (certified check I think some people call it) would be better because by the time we are done the banks might be closed and then I won't be able to call and verify funds.

Thank you,
Melinda Scott

**From:** Smith, Melissa <Melissa.Smith@ >
**Sent:** Wednesday, August 23, 2017 9:05:22 AM
**To:** mscottw
**Subject:** RE: Vacate date

I need a paper trail for my bookkeeper. I have your check going in so I will be issuing a check back. I can issue that on the company or get a cashier's check if that makes it better for you.

Melissa Smith
Vice President & Risk Manager
Office

**From:** mscottw [mailto:mscottw@masonlive.gmu.edu]
**Sent:** Wednesday, August 23, 2017 9:02 AM
**To:** Smith, Melissa <Melissa.Smith@ >
**Subject:** Re: Vacate date

Ok, see you then. Please bring cash.

10/23/2017     Mail - mscottw@masonlive.gmu.edu

**From:** Smith, Melissa <Melissa.Smith@███>
**Sent:** Wednesday, August 23, 2017 8:59:04 AM
**To:** mscottw
**Subject:** RE: Vacate date

That should work.

Melissa Smith
Vice President & Risk Manager
███ Office

**From:** mscottw [mailto:mscottw@masonlive.gmu.edu]
**Sent:** Wednesday, August 23, 2017 8:58 AM
**To:** Smith, Melissa <Melissa.Smith@███>
**Subject:** Re: Vacate date

How about 4:30pm?

**From:** Smith, Melissa <Melissa.Smith@███>
**Sent:** Wednesday, August 23, 2017 8:37:21 AM
**To:** mscottw
**Subject:** RE: Vacate date

i will make it work, what time do you think you will be ready that afternoon?

Melissa Smith
Vice President & Risk Manager

10/23/2017 Office

Mail - mscottw@masonlive.gmu.edu

https://outlook.office365.com/owa/?path=/mail/search

3/3

**From:** mscottw [mailto:mscottw@masonlive.gmu.edu]
**Sent:** Wednesday, August 23, 2017 7:10 AM
**To:** Smith, Melissa <Melissa.Smith@▇▇▇>
**Subject:** Vacate date

Melissa,

I was able to get a UHAUL on Friday. What time Friday afternoon/evening can you meet me for a move out inspection?

Thank you,
Melinda Scott