That's a real good boy right there.

The Worm Ouroboros, Prehistoric Jazz, CyrusKissFanClub and 12 others



Exhibit 9
5 pages

⚐ Report                                                                                    ⤴ Reply



**TamarYaelBatYah** ✓
Melinda Leigh Scott

Oct 17, 2021                                                                                    #23,345

> Useful_Mistake said: ↑
>
> Can you provide citation that says you can use traps to harm people who have the legal right to be on your property? The collectors, I mean.

Nice try. But in *Virginia* no one has the legal right to be on another's property if:

(1) the owner of the property posts visible no trespassing signs on the property. Virginia has NO TRESPASSING laws.
(2) They are asked to leave orally
(3) They are told in writing not to come on someone's property
(4) They are served a cease and desist letter to not contact the person
(5) they are not a law enforcement officer carrying out their duties

It's a Class 1 Misdemeanor to trespass on a person's property, crossing their signs posted that say "do not trespass", or if they have been told orally or in writing to stay off a person's property and they are not law enforcement officers carrying out their duties.

Read it and weep....

**VA CODE § 18.2-119. Trespass after having been forbidden to do so; penalties.**

If any person without authority of law goes upon or remains upon the lands, buildings or premises of another, or any portion or area thereof, after having been forbidden to do so, either orally or in writing, by the owner, lessee, custodian, or the agent of any such person, or other person lawfully in charge thereof, or after having been forbidden to do so by a sign or signs posted by or at the direction of such persons or the agent of any such person or by the holder of any easement or other right-of-way authorized by the instrument creating such interest to post such signs on such lands, structures, premises or portion or area thereof at a place or places where it or they may be reasonably seen, or if any person, whether he is the owner, tenant or otherwise entitled to the use of such land, building or premises, goes upon, or remains upon such land, building or premises after having been prohibited from doing so by a court of competent jurisdiction by an order issued pursuant to §§ 16.1-253, 16.1-253.1, 16.1-253.4, 16.1-278.2 through 16.1-278.6, 16.1-278.8, 16.1-278.14, 16.1-278.15, 16.1-279.1, 19.2-152.8,

16.1-253.4, 16.1-278.2 through 16.1-278.6, 16.1-278.8, 16.1-278.14, 16.1-278.15, 16.1-279.1, 19.2-152.8, 19.2-152.9 or § 19.2-152.10 or an ex parte order issued pursuant to § 20-103, and after having been served with such order, he shall be guilty of a Class 1 misdemeanor. This section shall not be construed to affect in any way the provisions of §§ 18.2-132 through 18.2-136.

Code 1950, § 18.1-173; 1960, c. 358; 1975, cc. 14, 15; 1982, c. 169; 1987, cc. 625, 705; 1991, c. 534; 1998, cc. 569, 684; 2011, c. 195.
Link: https://law.lis.virginia.gov/vacode/title18.2/chapter5/section18.2-119/

> Drowningman said: ⊕
>
> When Mel and Marshal use the phrase "Color of Law" that is just another example of paranoia and the big conspiracy theory. Fits right in with the Masonic Order one.

Actually, NO. Just no. "Color of law" is a crime in which a person deprives a person of their rights by actions that do not conform with the law.



Deprivation Of Rights Under Color Of Law
🌐 www.justice.gov

> Useful_Mistake said: ⊕
>
> bla bla bla. Mel, you realize that people have the right to be there if court allows them to? They will get a court order to collect.

A court order does NOT give anyone a right to show up at your door. That's a blatant LIE that you have absolutely NO law to support your claim. You're just trying to use scare tactics on KiwiFarms victims and trying to induce Joshua Moon into a course of action that will only result in him having a Protective Order served upon him, or whatever Stalking mongrel he tries to send to me door.

Only a SHERIFF, or law enforcement office, authorized by law, can come to your house with a Writ. If a Collection Agent, who is a civilian crosses "no trespassing" signs, they will go to jail. That is a misdemeanor.

And I repeat, anyone who is not a law enforcement officer that trespasses on my property will have the police called on them, or be shot with deadly force if the situation necessitates.

## VA CODE § 18.2-119. Trespass after having been forbidden to do so; penalties.

If any person without authority of law goes upon or remains upon the lands, buildings or premises of another, or any portion or area thereof, after having been forbidden to do so, either orally or in writing, by the owner, lessee, custodian, or the agent of any such person, or other person lawfully in charge thereof, or after having been forbidden to do so by a sign or signs posted by or at the direction of such persons or the agent of any such person or by the holder of any easement or other right-of-way authorized by the instrument creating such interest to post such signs on such lands, structures, premises or portion or area thereof at a place or places where it or they may be reasonably seen, or if any person, whether he is the owner, tenant or otherwise entitled to the use of such land, building or premises, goes upon, or remains upon such land, building or premises after having been prohibited from doing so by a court of competent jurisdiction by an order issued pursuant to §§ 16.1-253, 16.1-253.1, 16.1-253.4, 16.1-278.2 through 16.1-278.6, 16.1-278.8, 16.1-278.14, 16.1-278.15, 16.1-279.1, 19.2-152.8, 19.2-152.9 or § 19.2-152.10 or an ex parte order issued pursuant to § 20-103, and after having been served with such order, he shall be guilty of a Class 1 misdemeanor. This section shall not be construed to affect in any way the provisions of §§ 18.2-132 through 18.2-136.

Code 1950, § 18.1-173; 1960, c. 358; 1975, cc. 14, 15; 1982, c. 169; 1987, cc. 625, 705; 1991, c. 534; 1998, cc. 569, 684; 2011, c. 195.
Link: https://law.lis.virginia.gov/vacode/title18.2/chapter5/section18.2-119/

> Karl der Grosse said: ⤴
>
> If Melinda or Marshall (especially Marshall) actually had pit bulls, they would have threatened us with them before now.

Unless we used stimulus money to get dogs.

Dim Glownigger, Kosher Salt, Marvin and 9 others

⚠ Report



**Spergichu**
Survived the Dark Room on gm_construct

Oct 17, 2021    #23,346

> Anonymus Fluhre said: ⤴
>
> I'm fully expecting IED's

bit. Welfare, law, apparently the internet. I'm new to this kiwi, holy shit what a dumb degenerate. Just a flailing wind sock of mediocrity. We've made it too easy to get food, water, and shelter in America. Do you ever thank the taxpayers or do you despise them for enabling you?

Kosher Salt, B'Elanna, Illuminati Order Official and 5 others

⚐ Report                                            + Quote    ↩ Reply


**TamarYaelBatYah** ✓
Melinda Leigh Scott

Oct 17, 2021                                                   #23,364

> Anonymus Fluhre said: ⬆
> Ah yes, because fathers get to sleep. That's some sexist shit right there.

Not sexist at all. It's been statistically proven that women do the majority of unpaid domestic work in households, even when they also have a second job outside of the home.

Most men do not pull their fair share in households. That's been proven the world over.

> A Cardboard Box said: ⬆
> View attachment 2633806
> I have an American Staffordshire and he is a good boy that would never do a bite. Here is a picture of him as a puppy.
>
> Pls don't make your good boy do a bite.

Gross. You let your dog up on the furniture and linens. Disgusting.

> PillCosby said: ⬆
> **VA CODE § 18.2-119. Trespass after having been forbidden to do so; penalties.**
>
> *If any person without authority of law goes upon or remains upon the lands,*
>
> Click to expand...

Having a Court Order is not "authority of law" to show up on someone's property. Do you think because a woman gets a Court Order for child support that she can repeatedly just go to her ex-

husband's house and knock on his door and demand the money? No. She'd be arrested for Trespassing.

You're absolutely delusional.

Like I said before, anyone comes on my property crossing my Trespassing signs and they can be arrested when I call the cops and they can go to jail for Trespassing. I won't hesitate to call the police or use deadly force if necessary.

> Useful_Mistake said: ↑
> Courts issue orders like that all the time, for police, or collectors

Unless the Order says "Collection Agent may go on so and so la property", then, no, they can't do it. No Order can undermine any pre-existing law like Trespassing law.

So if the Order doesn't have the express language authorizing it, then they can go to jail for Trespassing.

> Useful_Mistake said: ↑
> Those are outside the 4th circuit though, and not exactly relevant (unless the court decided that they were)

The ONLY truthful statement I have seen you make!

> DSP's Tax Lawyer said: ↑
> She has been coping and seething for a really long time now. I am impressed with how she is able to just get knocked down by fact after fact and still come back up swinging with demonstrable false statement after false statement. Its impressively persistent stupidity

Coping and seething? You wish bitch.

I came to let you sociopathic Stalking mother fuxkers know straight up, if you Trespass on my property or send someone disguised as a Collection Agent you WILL be arrested and go to jail ...and I will use deadly force if necessary.

That goes for anyone you hire from a verified Collection Agency. First of all, they have to verify