CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

NOV 05 2021

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

MELINDA SCOTT, )
)
PLAINTIFF. )
)
V. ) CL NO. 2:20cv14
)
WISE CO. DSS, )
ET AL., )
)
DEFENDANTS. )

AMENDED PLEADING
(DOCKET #104)

COMES NOW, the Plaintiff, Melinda Scott, in accordance with Rule 15(a)(1) and states:

In addition to the facts and statements contained within her "Motion to Seal", the Plaintiff is bringing the "Motion to Seal" in accordance with Rule 5.2(e) and 5.2(f).

SIGNED RESPECTFULLY,

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu

[illegible]

[illegible]

[illegible]

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this AMENDED PLEADING (DOCKET #104) to Counsel for the Defendant, Matthew D. Hardin, VSB #87482, 1725 I Street NW, Suite 300, Washington, D.C., 20006, and at matthewdhardin@gmail.com on this 3rd day of NOV., 2021.

SIGNED,

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87 (VA ACP address)
Richmond, VA 23218
540-692-2342
mscottw@gmu.edu