

**Date:** Nov 17, 2021 at 10:02 AM
**From:** mscottw <mscottw@masonlive.gmu.edu>
**To:** Matt Hardin <matthewdhardin@gmail.com>
**Cc:** Matthew D. Hardin <MatthewDHardin@protonmail.com>
**Subject:** Order on Motion to Seal

Mr. Hardin,

Yesterday the Western District Court ordered you to submit a redacted exhibit concealing ALL personally identifying information. You elected to only smear out an address. You left other identifying information on it like Vehicle make and models, whereabouts of my children, and graduate school location, all which were listed in my Motion to Seal, which the court granted fully.

The court did not state "addresses", it said ALL personal identifying information, which includes the things I listed in my Motion to Seal.

Your client also has permitted the unredacted exhibit to be posted on his website KiwiFarms.net.

I will file for a Motion to Show Cause for your non-compliance with the court order and for an Injunction against your client for permitting an unredacted copy to circulate on his website. I will mail it out today if you do not correct the exhibit and your client does not remove the content from his website. I will also attach this email as an exhibit.

Sincerely,
Melinda Scott


Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218
mscottw@gmu.edu
540-692-2342