# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT** | ) | JUDGE JAMES P. JONES |
| **OF SOCIAL SERVICES, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

The defendant Joshua Moon, by counsel, has filed an objection to an order of the magistrate judge. I will deny the objection.

The parties are engaged in briefing before the magistrate judge the defendant's motion for attorney's fees and costs. In response to a reply filed on behalf of the defendant on this issue, ECF No. 99, the plaintiff filed a motion to seal a certain Attachment 3 to the reply. ECF No. 104. The defendant opposed the motion. ECF No. 105. The magistrate judge granted the motion to seal to the extent that she directed the defendant to file a copy of Attachment that redacts "the address and any other personal identifiers of the plaintiff." Minute Order, Nov. 16, 2021, ECF No. 109. The defendant subsequently complied with the magistrate judge's Order by filing a redacted copy, preserving his right to object. ECF No. 110.

A magistrate judge's ruling as to nondispositive matters may be reversed only upon a finding that the order is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).  While the magistrate judge did not issue a memorandum opinion detailing her reasons for her ruling, they are apparent on the record.  While I understand the argument by the defendant that the Attachment was a copy of a state court record, it was still within the magistrate judge's discretion to order the minor redactions under the circumstances of this case.

The court entered judgment in this case two and half months ago and the parties continue to file numerous motions, replies and sur-replies, often containing unnecessary virulent comments about the other side.  Such pleadings needlessly distract the court from the consideration and determination of other litigants' rightful causes.  I intend to consider the imposition of monetary sanctions in this case in the event of further such pleadings filed without good cause.

It is **ORDERED** that Joshua Moon's Objection Pursuant to Fed. R. Civ. P. 72 and Alternative Motion for Reconsideration, ECF No. 111, is DENIED.

    ENTER:   November 22, 2021

    /s/  JAMES P. JONES
    Senior United States District Judge