Because everyone needs advice. Even -nots.

True & Honest Fan


Exhibit A

3 minutes ago    New    #26,821

You know I'd like to see Melinda try to prevent any of us from posting her court filings anywhere on the internet. It would be lots of fun to see her flail about, realizing that the court doesn't have jurisdiction over any of us posters. Like, at all.

Honestly I'm surprised someone hasn't started a nice site where they start posting all her stuff that is publicly available just to make it all redundant. Her posting is starting to become as prolific as several other lolcow I know of. There's fodder here for years.

Report    +Quote    Reply

◂ Prev    1    ...    1341