**talk talk talk**

Have YOU taken up the White Man's Burden?



Exhibit B

18 minutes ago     New     #26,819

First draft of the Melinda Scott timeline. This doesn't include everything, of course, but it's a start.

1985-06-05 – Melinda is born (partially redacted drivers license filed in Scott v. Twelve Tribes) (full date found on her request for an emergency protective order filed in Scott v. Lyall, et al)

2003 – Wins Miss Springfield pageant (Connection Newspapers June 3, 2003) http://www.connectionnewspapers.com...springfield-pagent-a-festival-of-friends-and/ "She is a currently a senior at Lee High School and will attend George Mason University in the fall. Her childhood