Hardin uploaded the sealed version of one of the exhibits as per the court order. Unsealed version can be found here.



Exhibit C

11/16/2021 110 REDACTION to 99 Reply to Response to Motion, *filed pursuant to this Court's 11/16 order, without waiving objections* by Joshua Moon (Hardin, Matthew)

## Attachments



W.D.Va._2 20-cv-00014-JPJ-PMS_110_0.pdf