Exhibit D

Tuesday at 4:57 PM  #26,664

☐ ☐ Dr. ☐ ☐

Apt number ☐

The apartment village is called the ☐ ☐ Looks like they are a 3 bedroom 1 bath apartment complex charging about $308 a month. I do enjoy this review from a resident there. While it may be 4 years old, it certainly seems to have held true through today

"There are as with any other apartment complex fghts. But the drugs and the hiding out of known criminals and management not helping is just awful. It is good if you remember to stay to yourself and leave the riff raff alone."

Rod Dangerous, Spergichu, TheSockiestSock and 2