A PROPER LATCH IS MOUTH WIDE OPEN
Click to expand...

Exhibit E

You're so dumb and such a liar I now question if you actually have children that are your own.

👍 Simp 4 Spooky Bones, Illuminati Order Official and DSP's Tax Lawyer

🔔 Report                    +Quote    ↩ Reply


**TheSockiestSock**
Stuff me in your mouth

Today at 2:21 PM                   #26,783

That would be a horrible idea! Just taking a url like www.melindascottissilly.com and just hosting facts about Mels. Horrible idea.

❤️ Mr. Faget, Simp 4 Spooky Bones, Illuminati Order Official and 1 other person

🔔 Report                    +Quote    ↩ Reply