"information" has been in the public record for a long time.

Exhibit F

**EMERGENCY PROTECTIVE ORDER**
Commonwealth of Virginia  Va. Code § 19.2-152.8

Court Case No. CL17000047-00

WISE COUNTY CIRCUIT COURT

[ ] General District Court  [X] Circuit Court
[ ] Juvenile and Domestic Relations District Court

ALLEGED VICTIM: MELINDA SCOTT

DATE OF BIRTH OF ALLEGED VICTIM: Redacted

v.

RESPONDENT: ANDREW CARLSON
150 WILLOW CREEK AVENUE
SCHENECTADY, NY 12304

[ ] CAUTION: Weapon Involved

**REQUEST FOR EMERGENCY PROTECTIVE ORDER**

To the Individual requesting the order: Please provide information on alleged victim and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM.

I, the undersigned, assert under oath that the alleged victim is being or has been subjected to an act of violence, force, or threat, specifically: MELINDA SCOTT

Therefore, I respectfully [Redacted] [Redacted]
the person in need of p[...]

Subscribed and sworn to before me this day [ ] in person [ ] by electronic communication

**EMERGENCY PROTECTIVE ORDER**

Based on the above assertions and other evidence, I find that (if checked below):
[ ] There is probable danger of a further act of violence, force, or threat being committed by the Respondent against ___ the alleged victim; OR
[X] A [ ] warrant [X] petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1.

It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:
[X] The Respondent shall not commit acts of violence, force, or threat or criminal offenses resulting in injury to person or property.
[X] In order to protect the safety of the alleged victim or the alleged victim's family or household members, the Respondent shall have no contact of any kind with _____ its grandson
  [ ] except as follows: _____
[ ] The Respondent is also prohibited from being in the physical presence of _____

[ ] The alleged victim is granted possession of the companion animal, described as: _____
[X] It is further ordered that no contact between parties in any form: no ph, text, facebook, letters
[ ] Supplemental Sheet to Protective Order Form DC-____ attached. State number of supplemental pages _____

This Order is issued on FEBRUARY 9, 2017    THIS ORDER EXPIRES ON FEBRUARY 9, 2017 at 11:59 p.m.

RESPONDENT: SEE WARNINGS ON REVERSE