
Exhibit G



## Useful_Mistake

Exhibit in a fight between a Jew and Anti-NZ Dog.

> True & Honest Fan

Today at 2:02 PM     #26,778

> TamarYaelBatYah said: ⬆
>
> Lol he's really getting "out there". All of this over something as simple as a needing a marker to be in compliance.....
>
> This is going to be fun....

He is in compliance though. Also, fun fact, no matter how much you whine in your emails to him, we still can repost the sealed stuff. No court order ever forbade us (or Null) from doing that. Seethe.

👍 ConSluttant, Mr. Faget, Simp 4 Spooky Bones and 3 others