UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

| | |
|---|---|
| MELINDA SCOTT,<br><br>                    Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, *et al.*,<br><br>                    Defendants. | Case No. 2:20-cv-00014-JPJ-PMS<br><br>JOSHUA MOON'S RESPONSE TO MOTIONS FOUND AT ECF NOS. 113 and 115 |

NOW COMES Joshua Moon, by and through undersigned counsel, and responds to the Plaintiff's motions filed at ECF Nos. 113 and 115. In response, Defendant Moon states as follows:

1) Mr. Moon is mindful of (and grateful for) this Court's order dated November 22, 2021 in which the Court cautioned against further motions practice in the post-judgment posture of this case. ECF No. 112.

2) Mr. Moon files this response only to note his opposition to the Plaintiff's most recent filings for purposes of the record and to ensure that the most recent motions are not viewed as unopposed in the absence of a response. If, and only if, the Court desires a more fulsome response, Mr. Moon requests leave to file one. Otherwise, Mr. Moon will stand upon his filings to date in this closed case rather than respond in greater detail.

WHEREFORE, Mr. Moon requests that this Court deny the Plaintiff's motions at ECF Nos. 113 and 115, or alternatively grant him leave to file a more fulsome response in opposition.

Respectfully submitted this the 22nd day of November, 2021,

JOSHUA MOON

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

## Certificate of Service

      I hereby certify that I will file a true and correct copy of the foregoing document with the Court's CM/ECF system, which will electronically serve counsel of record. I have also deposited a true and correct copy of the foregoing document into the U.S. Mail, with First Class postage prepaid, directed to:

      Melinda Scott
      2014PMB87
      Post Office Box 1133
      Richmond, VA 23218

Dated: November 22, 2021

                                          /s/Matthew D. Hardin
                                          Matthew D. Hardin
                                          *Counsel for Joshua Moon*