## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT** | ) | JUDGE JAMES P. JONES |
| **OF SOCIAL SERVICES, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

In this ended case, in which judgment was entered against the pro se plaintiff on August 30, 2021, and the plaintiff's appeal from that judgment is pending in the court of appeals, the plaintiff has filed a Motion for Injunction and sought from the Clerk a subpoena.  These requests are immaterial to the merits of the case, which are before the court of appeals.

It is **ORDERED** that Motion for Injunction, ECF No. 113 is DENIED and the Clerk is directed not to issue the subpoena requested by the plaintiff.

ENTER:   November 29, 2021

/s/  JAMES P. JONES
Senior United States District Judge