IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 28 2022

JULIA C. DUDLEY, CLERK
BY: /s/ A. Meade
DEPUTY CLERK

| | |
|---|---|
| Melinda Scott, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CL NO. 2:20cv14 |
| | ) |
| Wise Co. DSS, et. al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Plaintiff Melinda Scott will appeal to the Fourth Circuit US Court of Appeals the following Orders:

1. Order signed by magistrate judge Pamela Sargent dated March 9, 2022 (docket #125) which is an order denying Plaintiff's Motion for Show Cause (docket #115)

2. Order signed by magistrate judge Pamela Sargent dated March 8, 2022 (docket #121) which is an order on Plaintiff's Motion for Hearing (docket #97)

Pursuant to Federal Rule 3(a)(1), an additional copy of this Notice of Appeal has been sent to the Clerk to comply with Rule 3(d).

SIGNED

_____

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342

CERTIFICATE OF SERVICE

I, Melinda Scott, Plaintiff, do hereby certify that I have mailed a copy of this NOTICE OF APPEAL to Counsel for Defendant, Joshua Moon, at Matthew Hardin, 1725 I St. NW, Ste. 300, Washington D.C., 20006 on this 24th day of March 2022.

SIGNED,

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, VA 23218

mscottw@gmu.edu

540-692-2342