IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00014 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPARTMENT** | ) | JUDGE JAMES P. JONES |
| **OF SOCIAL SERVICES, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

In this ended case, in which final judgment has been entered, several motions are pending for resolution by this Court.

Judgment was entered on August 30, 2021, ECF No. 62. The pro se plaintiff filed a timely Notice of Appeal, ECF No. 67. The defendant Joshua Moon, by counsel, filed a pleading entitled "Motion to Require an Appeal Bond," but which in fact requested the Court to certify pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A) that the appeal was not taken in good faith and the plaintiff was not entitled to proceed in forma pauperis. The magistrate judge granted the motion and made the required certification, ECF No. 79. The defendant then filed a Motion to Strike, ECF No. 80, requesting the Court to strike any future notice of appeal filed by the plaintiff, a Motion to Set the Amount of the Appeal Bond, ECF No. 84, and a Motion for Attorney's Fees and Costs, ECF No. 90. The pro se plaintiff filed a

Motion for Sanctions, ECF No. 89. The plaintiff filed a further Notice of Appeal, ECF No. 127, as to the magistrate judge's denial of her motions requesting a hearing and requesting a show cause order.

The docket of the court of appeals indicates that plaintiff's two appeals in this case are pending in the court of appeals, Case Nos. 21-2006 and 22-1343, in which Case No. 21-2006 is the Lead Case.

After a careful review of the record, it is **ORDERED** as follows:

1. Motions ECF Nos. 80, 84, and 89 are DENIED;

2. Motion ECF No. 90 is TERMINATED without prejudice, the Court reserving jurisdiction to resolve that motion once the court of appeals has determined the plaintiff's pending appeals; and

3. The Clerk shall transmit a copy of this Order to the court of appeals.

ENTER: September 6, 2022

/s/ JAMES P. JONES
Senior United States District Judge