**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1343

MELINDA SCOTT,

        Plaintiff - Appellant,

    v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:20-cv-00014-JPJ-PMS)

Submitted:  October 28, 2022                            Decided:  February 16, 2023

Before NIEMEYER, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Melinda Scott, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

    Melinda Scott seeks to appeal the magistrate judge's postjudgment order denying Scott's motion for order to show cause. Because the parties did not consent to the magistrate judge's jurisdiction, the order on appeal is not an appealable final order. *See Jaquez v. United States*, 36 F.4th 725, 727 (7th Cir. 2022); *Rajaratnam v. Moyer*, 47 F.3d 922, 924 & n.6 (7th Cir. 1995); *Colo. Bldg. & Constr. Trades Council v. B.B. Andersen Constr. Co.*, 879 F.2d 809, 811 (10th Cir. 1989). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*