IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT,<br><br>                      Plaintiff,<br><br>v.<br><br>WISE COUNTY DEPARTMENT OF<br>SOCIAL SERVICES, *et al.*,<br><br>                      Defendants. | Case No. 2:20-cv-14 |

**JOSHUA MOON'S
RENEWED MOTION FOR ATTORNEY's FEES AND COSTS**

NOW COMES Joshua Moon, by counsel, and renews his previously filed Motion for Attorney's Fees and Costs (ECF No. 90, Terminated Without Prejudice at ECF No. 130). In support of this Motion, Mr. Moon states as follows:

1. By order dated September 6, 2022, this Court terminated Mr. Moon's previous Motion for Attorney's Fees and Costs without prejudice, pending a resolution of Ms. Scott's pending appeal(s) to the Fourth Circuit. Those appeals have now been resolved, and the mandate issued on March 10, 2023.

2. In light of resolution and the mandate from the Fourth Circuit, Mr. Moon respectfully requests that this Court rule on his earlier Motion.

3. Rather than burden the Court with duplicative briefing, Mr. Moon relies on and incorporates by reference herein his previous filings on this issue.

WHEREFORE, Mr. Moon respectfully renews his prior Motion and requests that this Court award fees and costs as set forth therein.

Respectfully submitted this the 10th day of March, 2023

JOSHUA MOON

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

## Certificate of Service

I hereby certify that I will file a true and correct copy of the foregoing document with the Court's CM/ECF system, which will electronically serve counsel of record. I have also deposited a true and correct copy of the foregoing document into the U.S. Mail, with First Class postage prepaid, directed to:

> Melinda Scott
> 2014PMB87
> Post Office Box 1133
> Richmond, VA 23218

Dated: March 10, 2023

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon*