# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:20CV00014 |
| ) | |
| v. ) | **ROSEBORO NOTICE** |
| ) | |
| **WISE COUNTY DEPARTMENT OF** ) | |
| **SOCIAL SERVICES, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

NOTICE is given to Plaintiff that on March 10, 2023, Defendant Joshua Moon filed a Renewed Motion for Attorney's Fees and Costs, and on that same day mailed a copy to Plaintiff.  Plaintiff may file a written response to the Motion, provided that it is filed in this Clerk's Office on or before 14 days after the date of this Notice. <u>Failure to timely respond may result in the granting of Defendant's Motion without further notice</u>.

Dated:  March 21, 2023.

LAURA AUSTIN, Clerk

By: /s/ F. Clark