Melinda Scott
PO BOX 1133- 2014PMB87
Richmond, VA 23218





Clerk
Western Dist. of VA
180 W Main St., Rm. 104
Abingdon, VA 24210