CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/19/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** | ) |
| Plaintiff, | ) Case No. 2:20CV00014 |
| v. | ) **INJUNCTION** |
| **WISE COUNTY DEPARTMENT OF SOCIAL SERVICES, ET AL.,** | ) JUDGE JAMES P. JONES |
| Defendants. | ) |

For the reasons set forth in the Opinion and Order entered August 11, 2023, ECF No. 141, there having been no response from the parties, it is hereby ORDERED and ADJUDGED that MELINDA SCOTT, and all those acting in concert with her, must not file any claim, suit, case, motion, or action against JOSHUA MOON in or with any court, arising out of or from the operation or use of Kiwi Farms by any person or entity, without pre-filing approval by a judge thereof by a showing of good cause.

It is so **ORDERED**.

ENTER: September 19, 2023

/s/ JAMES P. JONES
Senior United States District Judge